UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

Plaintiff,

VS.

Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

United States Courts
Southern District of Texas
FILED

DEC 2 1 2023

Nathan Ochsner, Clerk of Court

### **PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Now comes the Plaintiff, MARY SEGUIN, and respectfully submits Plaintiff's

Certificate of Disclosure of Interested Parties, in compliance with the Court Order [ECF 3] for

Disclosure of Interested Parties:

1. Tyler Technologies, Inc.
2. Gero Meyersiek,
3. Barbara Grady, Esq.,

4. Dungan & Grady, LLC,
5. Rhode Island Department of Human Services,
6. Michael Coleman, Esq.,
7. Deborah Barclay, Esq.,
8. Rhode Island Office of Child Support Services,
9. KEVIN TIGHE,
10. MONIQUE BONIN,
11. FRANK DIBIASE,
12. WENDY FOBERT,
13. KARLA CABALLEROS,
14. TIMOTHY FLYNN,
15. LISA PINSONNEAULT,
16. CARL BEAUREGARD,
17. PRISCILLA GLUCKSMAN,
18. JOHN LANGLOIS,
19. PAUL GOULD,
20. Rhode Island Judiciary,
21. Paul Suttell,
22. Rhode Island Administrative Office of the Superior Court
23. RHODE ISLAND JUDICIAL COUNCIL,
24. RHODE ISLAND SUPERIOR COURT,
25. RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL,
26. THE JUDICIAL TECHNOLOGY CENTER of RHODE ISLAND
27. JULIE HAMIL,
28. MARISA BROWN,
29. JOHN JOSEPH BAXTER, JR.,
30. JUSTIN CORREA,
31. RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
32. RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT
33. ADAM D. ROACH,
34. PETER NERONHA

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: December 21, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2023, I filed the within Certificate with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: December 21, 2023