# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

||||
|---|---|---|
| 20231207-74<br>Mary Seguin<br>P.O. Box 22022<br>Houston, TX US 77019 | United States Courts<br>Southern District of Texas<br>F I L E D<br>DEC 29 2023<br>Nathan Ochsner, Clerk of Court | CLERK OF COURT<br>P.O. BOX 61010<br>HOUSTON, TEXAS 77208<br>http://www.txs.uscourts.gov |

Date: Thursday, December 7, 2023
Case Number: 4:23-cv-04562
Document Number: 3 (4 pages)
Notice Number: 20231207-74
Notice: The attached order has been entered.

