UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.

Civil Action No. 4:23-cv-04562

United States Courts
Southern District of Texas
FILED
JAN 17 2024
Nathan Ochsner, Clerk of Court

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Fed. Civ. R. P. 55(a), the Plaintiff requests the Clerk of the Court enter default against Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA for failure to plead or otherwise defend

this action. Defendants PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA are political subdivisions and/or employees and/or acting in the capacity of the political subdivisions of Defendant RHODE ISLAND JUDICIARY.

On December 26, 2023, a copy of the Complaint and Summons, and the Court Order dated December 6, 2023 [ECF 3] in this action was served upon the above-named Defendants, at the Rhode Island Judiciary, Licht Judicial Complex, 250 Benefit Street, Providence, RI 02903. A copy of the Service Process Receipt and Return and Summons is attached hereto as **Exhibit A** and is incorporated herein by reference.

Plaintiff, in Texas, received by regular mail, signed and dated from the United States Postal Service Return Receipt Requested, then sent back to the Court Clerk by mail, the original Process Receipt and Return and Summons. On January 17, 2024, after more than twenty-one days had elapsed since the service of the Complaint and Summons, and no Answer thereto having been served by the aforesaid Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA upon the Plaintiff, the Plaintiff requests the Clerk of the Court for Entry of Default against the aforesaid Defendants, RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA. In support of this request, Plaintiff relies on the record and the affidavit submitted herein.

Respectfully submitted,

January 17, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: *Mary Seguin*
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2024, I filed the within Request with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: January 17, 2024