UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                    Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S AFFIDAVIT FOR ENTRY OF DEFAULT

MARY SEGUIN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. sec. 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff, Pro Se, in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND

ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

a. The Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA were served through the United States Postal Service Certified Mail Return Receipt Requested the with copies of Plaintiff's Summons and Complaint, and the Court's Order dated December 6, 2023 [ECF 3] as provided by Rule 4, Federal Rules of Civil Procedure;

b. Defendants PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA are political subdivisions and/or employees and/or acting in the capacity of the political subdivisions of Defendant RHODE ISLAND JUDICIARY.

c. Upon Plaintiff's information and belief, the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA are neither an infant nor an incompetent person requiring special service in accordance with Rule 4, Federal Rules of Civil Procedure, and are not serving

with the armed forces of the United States as defined by the Service Members Civil Relief Act of 2003, as amended, entitled to the protection of 50 U.S.C. App. Section 520;

d. The Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA neither answered nor otherwise defended the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

e. Copies of this Affidavit and the Request for Entry of Default, which are being filed herewith, have this date been filed with the Clerk of the Court.

Respectfully submitted,

Date: January 17, 2024

MARY SEGUIN

*Mary Seguin*

Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com