UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                            Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## ENTRY OF DEFAULT

Plaintiff MARY SEGUIN requests that the Clerk of Court enter default against Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH

BAXTER, JR., and JUSTIN CORREA for failure to plead or otherwise defend this action pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA have failed to plead or otherwise defend, the default of Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this _____ day of _____, 2024.

                                            _____

                                            Clerk of Court