# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE, RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5338 41

**COMPLETE THIS SECTION ON**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from
If YES, enter delivery address

DEC 26 2

PROVIDENCE, RI

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053



**USPS TRACKING #**

9590 9402 8625 3244 0269 18

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4

MARY SEGUIN

PO BOX 22022

HOUSTON, TX 770

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at** *www.usps.*

Providence, RI 02903

OFFICIAL US

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)      $ _____ $0.00
- ☐ Return Receipt (electronic)    $ _____ $0.00
- ☐ Certified Mail Restricted Delivery  $ _____ $0.00
- ☐ Adult Signature Required       $ _____ $0.00
- ☐ Adult Signature Restricted Delivery $ _____

| Postage | $15.60 |
|---|---|
| $ | |

**Total Postage and Fees**
$23.50

RIVER O

DEC 22 20

Postm
He

12/22/

*Sent To* RHODE ISLAND JUDICIA

*Street and Apt. No., or PO Box No.* LIGHT JUDICIAL COMPLEX 250 BEN

*City, State, ZIP+4* PROVIDENCE, RI 0



MARY SEGUIN
PO BOX 22022
HOUSTON, TX 77019

CERTIFIED MAIL

9589 0710 5270 1013 5338 41

Retail

U.S. POSTAGE PAID
PM
HOUSTON, TX 77018
DEC 22, 2023

RDC 03          02903          $23.50
                               R2304H109425-26

R.I. JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST
PROVIDENCE, RI 02903

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from service label)
9589 0710 5270 1013 5338 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt