UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.

United States Courts
Southern District of Texas
FILED

JAN 17 2024

Nathan Ochsner, Clerk of Court

Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT**

The Plaintiff, MARY SEGUIN, moves this Court for entry of a default judgment as to Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH

BAXTER, JR., and JUSTIN CORREA, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On December 5, 2023, the Plaintiff filed in the United States District Court for the Southern District of Texas, a Complaint alleging misrepresentation, fraud, Civil Conspiracy, Deprivation of Federal Rights, Deprivation of Constitutional Rights, Refusal to Execute Release of Fraudulent Lien on Plaintiff's Texas Property, Fraudulent Concealment, False Statements to Obtain Texas Property, False Promises, Inducement, Breach of Duty to Speak, Fraud by Omission, Fraud Promise to Act, Accounting Fraud, Tortious Interference, Aiding and Abetting Tortious Interference, Aiding and Abetting Tortious Interference with Contract, Knowing Participation in Breach, Infliction of Emotional Distress, breach of contract, unjust enrichment, Civil RICO and additional counts totaling Thirty-Nine (39) counts against the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA.

2. On December 26, 2023, a copy of the Complaint and Summons and the Court's Order dated December 6, 2023 [ECF 3] in this action was served upon the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA, at defendants' primary place of business at 250 Benefit Street, Providence, RI 02903. A copy of the Process Receipt and Return and Summons is attached hereto as Exhibit A and is incorporated herein by reference. The Process Receipt and Return bears the signature of the Defendant RHODE ISLAND JUDICIARY Agent.

3. On January 17, 2024, after more than twenty-one days had elapsed since the service of said Complaint and Summons upon defendants, and no Answer thereto having been served by the defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA upon the Plaintiff, the Plaintiff notified the defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA of the Plaintiff's petition to this Court for entry of a default judgment against defendants. A copy of said letter is attached hereto as Exhibit B and is incorporated herein by reference.

4. Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA have failed to plead or otherwise defend this action, and the Plaintiff is entitled to judgment by default against Defendants.

5. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendants for relief sought by Plaintiff in its Complaint, and written notice of this action has been given to Defendants.

**PRAYER**

WHEREFORE, plaintiff prays that this Court enter a judgment of default against the Defendants RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS,

RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA, for $142,700,000.00 plus Costs and Fees and prejudgment interest.

**AFFIDAVIT**

I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

January 17, 2024

    FOR PLAINTIFF
    MARY SEGUIN, Pro Se.

By: *Mary Seguin*
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2024, I filed the within Motion with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: January 17, 2024

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE, RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5338 41

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON** [DELIVERY]

A. Signature
X [signature]

B. Received by (Printed Name) [illegible] / DOUGLASS PARK

D. Is delivery address different from [item 1]?
If YES, enter delivery address [below]:

[Postmark: DEC 26 20__ PROVIDENCE, RI]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ [Collect on] Delivery Restricted Delivery
☐ [Insured] Mail
☐ Insured Mail Restricted Delivery (over $500)



USPS TRACKING #

NORTH HOUSTON TX

9590 9402 8625 3244 0269 18

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4

MARY SEGUIN
~~[scribbled out]~~
PO BOX 22022
HOUSTON, TX 770

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps

Providence, RI 02903

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $15.60

Total Postage and Fees $23.50

Sent To RHODE ISLAND JUDICI[AL]
Street and Apt. No., or PO Box No. LICHT JUDICIAL COMPLEX 250 BEN[EFIT]
City, State, ZIP+4® PROVIDENCE, RI 0[2903]

9589 0710 5270 1013 5338 47

Postmark: DEC 22 2023



Exhibit B

From: Mary Seguin
P.O. Box 22022
Houston, TX 77019
Email: maryseguin22022@gmail.com

To: RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA
250 Benefit Street
Providence, RI 02903

VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

January 17, 2024

RE: Notice of motion to enter default judgment

RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE HEAD OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., and JUSTIN CORREA:

This serves to provide you notice by letter of motion to enter default judgment against you in the matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562. A copy of this letter is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your reference.

Sincerely,

*Mary Seguin*

Mary Seguin