| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Mary Sequin

v.

Tyler Technologies, Inc et al

CASE NUMBER  4:23cv4562

Flash Drive Of Audio\ has been forwarded to the shelving area.

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN ~~BROWN~~ EXPANDABLE FOLDER

INSTRUMENT # __9__