UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

FEB 08 2024

Nathan Ochsner, Clerk of Court

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                        Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD,
PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and
official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL
in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND
JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its
official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR
COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity;
RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR
COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY
CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH
BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE
OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity;
ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

The Plaintiff, MARY SEGUIN, moves this Court for entry of a default judgment as to

Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN,

DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES;

KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA

CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On December 5, 2023, the Plaintiff filed in the United States District Court for the Southern District of Texas, a Complaint alleging misrepresentation, fraud, Civil Conspiracy, Deprivation of Federal Rights, Deprivation of Constitutional Rights, Refusal to Execute Release of Fraudulent Lien on Plaintiff's Texas Property, Fraudulent Concealment, False Statements to Obtain Texas Property, False Promises, Inducement, Breach of Duty to Speak, Fraud by Omission, Fraud Promise to Act, Accounting Fraud, Tortious Interference, Aiding and Abetting Tortious Interference, Aiding and Abetting Tortious Interference with Contract, Knowing Participation in Breach, Infliction of Emotional Distress, breach of contract, unjust enrichment, Civil RICO and additional counts totaling Thirty-Nine (39) counts against the Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA.

2. On December 26, 2023, and on January 8, 2024, a copy of the Complaint and Summons and the Court's Order dated December 6, 2023 [ECF 3] in this action was served upon the Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE,

MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA, at defendants' primary places of business at 150 South Main Street, Providence, RI 02903; 86 Elton Street, Providence, RI 02906; 975 Smith Street, Providence, RI 02908. A copy of the Process Receipt and Return and Summons is attached hereto as Exhibit A and is incorporated herein by reference.

3. Under the Rhode Island Government Tort Liability Act R.I. Gen. Laws § 9-31-1 *et seq.*, the afore-named Defendants in this tort damages action can be served upon the RHODE ISLAND OFFICE OF ATTORNEY GENERAL. See R.I. Gen. Laws § 9-31-7. Link to law: webserver.rilin.state.ri.us/Statutes/Title9/9-31/9-31-1.HTM; webserver.rilin.state.ri.us/Statutes/TITLE9/9-31/9-31-7.htm

4. Defendants TYLER TECHNOLOGIES, INC.; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA are employees of, political subdivisions, or acting in the capacity on behalf of Defendant RHODE ISLAND DEPARTMENT OF HUMAN SERVICES. TYLER TECHNOLOGIES, INC. acting in the capacity on behalf of Defendant RHODE ISLAND JUDICIARY. Defendants RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA are employees of, political subdivisions, or acting in the capacity on behalf of Defendant RHODE ISLAND OFFICE OF ATTORNEY GENERAL. Accordingly, Defendant RHODE ISLAND OFFICE OF ATTORNEY GENERAL was served with the Summons and Complaint.

5.   On January February 8, 2024, after more than twenty-one days had elapsed since the service of said Complaint and Summons upon defendants, and no Answer thereto having been served by the defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA upon the Plaintiff, the Plaintiff notified the defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA of the Plaintiff's petition to this Court for entry of a default judgment against defendants.  A copy of said letter is attached hereto as Exhibit B and is incorporated herein by reference.

6.   Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER

NERONHA have failed to plead or otherwise defend this action, and the Plaintiff is entitled to judgment by default against Defendants.

7. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendants for relief sought by Plaintiff in its Complaint, and written notice of this action has been given to Defendants.

**PRAYER**

WHEREFORE, plaintiff prays that this Court enter a judgment of default against:

(1) the Defendant TYLER TECHNOLOGIES, INC. for $142,700,000.00 plus Costs and Fees and prejudgment interest;

(2) the Defendant GERO MEYERSIEK for $4,584,183.12 plus Costs and Fees and prejudgment interest;

(3) BARBARA GRADY for $4,584,183.12 plus Costs and Fees and prejudgment interest;

(4) RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY for $142,700,000.00 plus Costs and Fees and prejudgment interest;

(5) RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD for $142,700,000.00 plus Costs and Fees and prejudgment interest;

(6) RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA for $142,700,000.00 plus Costs and Fees and prejudgment interest.

**AFFIDAVIT**

I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

February 8, 2024

> FOR PLAINTIFF
> MARY SEGUIN, Pro Se.
>
> By: _Mary Seguin_____
> Mary Seguin
> P.O. Box 22022
> Houston, TX 77019
> maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January February 8, 2024, I filed the within Motion with the Clerk of the Court.

> Respectfully submitted,
>
> Mary Seguin
>
> Pro Se
>
> /s/ _Mary Seguin_
>
> Email: maryseguin22022@gmail.com
> Phone: (281)744-2016
> P.O. Box 22022
> Houston, TX 77019
>
> Dated: February 8, 2024

Exhibit A

**U.S. Postal Service™**

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Providence, RI 02903

Certified Mail Fee $4.35

$3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $15.60

Total Postage and Fees
$23.50

Sent To _RHODE ISLAND OFFICE OF ATTORNEY GENERAL_

Street and Apt. No., or PO Box No. _150 SOUTH MAIN ST._

City, State, ZIP+4® _PROVIDENCE, RI 02903_

0048 26

01/04/2024

9589 0710 5270 1013 5376 89

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND OFFICE OF
ATTORNEY GENERAL
150 SOUTH MAIN ST.
PROVIDENCE, RI 02903

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8638 3244 5313 24

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 89

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 8638 3244 5327 10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MARY SEGUIN
PO BOX 22022
HOUSTON, TX 77019

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10









9589 0710 5270 1013 5338 65

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Only

Cranston, RI 02920

| Certified Mail Fee | $4.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | $2.55 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | | |
| Total Postage and Fees | $15.60 | |
| $23.50 | | |

Sent To RI DEPARTMENT OF HUMAN SERVICES

Street and Apt. No., or PO Box No. 25 HOWARD AVE, BUILDING 57

City, State, ZIP+4 CRANSTON, RI 02920

12/22/2023

Postmark
Here

0048
26





9589 0710 5270 1013 5338 72

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Providence, RI 02903

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| | $2.55 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $15.60 |
| Total Postage and Fees | |
| $23.50 | |

DEC 22 2023 0048
12/22/2023  26

Sent To R.I. OFFICE OF CHILD SUPPORT SERVIC

Street and Apt. No., or PO Box No. 77 DORRANCE ST.

City, State, ZIP+4® PROVIDENCE, RI 02903

9589 0710 5270 1013 5376 72

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Providence, RI 02908

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | 55 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $

Postage   $15.60

Total Postage and Fees
$23.50

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  975 SMITH ST

City, State, ZIP+4®  PROVIDENCE, RI 02908

Postmark
Here
JAN

01/04/2024

PS 0048 26

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

RI OFFICE OF CHILD SUPPORT
              SERVICES

77 DORRANCE ST
PROVIDENCE, RI 02903

9590 9402 8638 3244 5327 10

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA GRADY
DUGAN GRADY LAW OFFICES
975 SMITH ST
PROVIDENCE, RI 02908

9590 9402 8638 3244 5313 17

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 72

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   ($0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit B

From: Mary Seguin
P.O. Box 22022
Houston, TX  77019
Email: maryseguin22022@gmail.com

To: RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD
77 Dorrance Street
Providence, RI 02903

VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE
BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY
FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN,
JOHN LANGLOIS, PAUL GOULD:

This serves to provide you notice by letter of motion to enter default judgment against you in the
matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter
is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your
reference.

Sincerely,

*Mary Seguin*

Mary Seguin

From: Mary Seguin
P.O. Box 22022
Houston, TX 77019
Email: maryseguin22022@gmail.com

To: RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN,
DEBORAH A. BARCLAY
25 Howard Ave., Building 57
Cranston, RI 02920

VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN,
DEBORAH A. BARCLAY:

This serves to provide you notice by letter of motion to enter default judgment against you in the
matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter
is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your
reference.

Sincerely,

*Mary Seguin*

Mary Seguin

From: Mary Seguin
P.O. Box 22022
Houston, TX 77019
Email: maryseguin22022@gmail.com

To: RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT
UNIT, ADAM D. ROACH, and PETER NERONHA
150 South Main Street
Providence, RI 02903

VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT,
ADAM D. ROACH, and PETER NERONHA:

This serves to provide you notice by letter of motion to enter default judgment against you in the
matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter
is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your
reference.

Sincerely,

*Mary Seguin*

Mary Seguin

From: Mary Seguin
P.O. Box 22022
Houston, TX  77019
Email: maryseguin22022@gmail.com

To: GERO MEYERSIEK
86 Elton Street
Providence, RI 02906

VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

GERO MEYERSIEK:

This serves to provide you notice by letter of motion to enter default judgment against you in the
matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter
is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your
reference.

Sincerely,

*Mary Seguin*

Mary Seguin

From: Mary Seguin
P.O. Box 22022
Houston, TX  77019
Email: maryseguin22022@gmail.com

To: TYLER TECHNOLOGIES, INC.,
on behalf of the RHODE ISLAND JUDICIARY
250 Benefit Street
Providence, RI 02903


VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

TYLER TECHNOLOGIES, INC.:

This serves to provide you notice by letter of motion to enter default judgment against you in the
matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter
is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your
reference.

Sincerely,

*Mary Seguin*

Mary Seguin

From: Mary Seguin
P.O. Box 22022
Houston, TX  77019
Email: maryseguin22022@gmail.com

To:BARBARA GRADY
975 Smith Street
Providence, RI 02908


VIA FIRST CLASS MAIL and CERTIFIED MAIL RETURN RECEIPT REQUESTED

February 8, 2024

RE: Notice of motion to enter default judgment

BARBARA GRADY:

This serves to provide you notice by letter of motion to enter default judgment against you in the matter of Seguin v. Tyler Technologies, et al, case number 4:23-cv-04562.   A copy of this letter is filed with the Clerk of the Court.

Attached is a copy of the Motion, and the Process Receipt and Return and Summons for your reference.

Sincerely,

*Mary Seguin*

Mary Seguin