UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,

*pro se*

*Plaintiff,*

VS.

Civil Action No. 4:23-cv-04562

United States Courts
Southern District of Texas
F I L E D

FEB 08 2024

Nathan Ochsner, Clerk of Court

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD,
PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and
official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL
in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND
JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its
official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR
COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity;
RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR
COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY
CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH
BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE
OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity;
ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

### **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Fed. Civ. R. P. 55(a), the Plaintiff requests the Clerk of the Court enter default
against Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA
GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D.
COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT
SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT,
KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL

BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE
ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM
D. ROACH, and PETER NERONHA for failure to plead or otherwise defend this action.

Defendants TYLER TECHNOLOGIES, INC., are acting in the capacity of the political
subdivisions of Defendant RHODE ISLAND JUDICIARY.

Defendants MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE
OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE,
WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT,
CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD are
employees/subdivisions/ acting in the capacity of the political subdivisions of Defendant
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES.

Under the Rhode Island Government Tort Liability Act **R.I. Gen. Laws § 9-31-1** *et seq.*, the tort
damages action can be served upon the RHODE ISLAND OFFICE OF ATTORNEY
GENERAL. See **R.I. Gen. Laws § 9-31-7.** Link to law:
webserver.rilin.state.ri.us/Statutes/Title9/9-31-1.HTM;
webserver.rilin.state.ri.us/Statutes/TITLE9/9-31-7.htm

Defendants RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA are
employees/subdivisions/acting in the capacity of the political subdivisions of Defendant RHODE
ISLAND OFFICE OF THE ATTORNEY GENERAL.

Under the Rhode Island Government Tort Liability Act **R.I. Gen. Laws § 9-31-1** *et seq.*, the tort
damages action can be served upon the RHODE ISLAND OFFICE OF ATTORNEY
GENERAL. See **R.I. Gen. Laws § 9-31-7.** Link to law:
webserver.rilin.state.ri.us/Statutes/Title9/9-31-1.HTM;
webserver.rilin.state.ri.us/Statutes/TITLE9/9-31-7.htm

On December 26, 2023, a copy of the Complaint and Summons, and the Court Order dated December 6, 2023 [ECF 3] in this action was served upon the above-named Defendants, at:

(1) the Rhode Island Judiciary, Licht Judicial Complex, 250 Benefit Street, Providence, RI 02903.

(2) Rhode Island Department of Human Services, 25 Howard Ave., Building 57, Cranston, RI 02920.

(3) Rhode Island Office of Child Support Services, 77 Dorrance Street, Providence, RI 02903.

(4) Gero Meyersiek, 86 Elton St., Providence, RI 02906

On January 8, 2024, a copy of the Complaint and Summons, and the Court Order dated December 6, 2023 [ECF 3] in this action was served on the above named Defendants, at:

(1) Rhode Island Office of Attorney General, 150 South Main Street, Providence, RI 02903.

(2) Barbara Grady, 975 Smith Street, Providence, RI 02908.

A copy of the Service Process Receipt and Return and Summons is attached hereto as **Exhibit A** and is incorporated herein by reference.

On February 8, 2024, after more than twenty-one days had elapsed since the service of the Complaint and Summons, and no Answer thereto having been served by the aforesaid Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA upon the Plaintiff, the Plaintiff requests the Clerk of the Court for Entry of

MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN
SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND
OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK
DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA
PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS,
PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA .

     In support of this request, Plaintiff relies on the record and the affidavit submitted herein.

Respectfully submitted,

February 8, 2024

               FOR PLAINTIFF
               MARY SEGUIN, Pro Se.

               By: _____ *Mary Seguin* _____
               Mary Seguin
               P.O. Box 22022
               Houston, TX 77019
               maryseguin22022@gmail.com

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 8, 2024, I filed the within Request with the Clerk
of the Court.

               Respectfully submitted,

               Mary Seguin

               Pro Se

               /s/    *Mary Seguin*

               Email: maryseguin22022@gmail.com
               Phone: (281)744-2016
               P.O. Box 22022
               Houston, TX  77019

               Dated: February 8, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                           Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD,
PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and
official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL
in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND
JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its
official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR
COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity;
RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR
COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY
CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH
BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE
OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity;
ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## **PLAINTIFF'S AFFIDAVIT FOR ENTRY OF DEFAULT**

MARY SEGUIN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. sec.
1746(2) that the following statements are true and correct:

1.  That I am the Plaintiff, Pro Se, in the above captioned matter.

2.  I hereby make application to the Clerk of this Court for entry of default as to the
    Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA
    GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL

D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD
SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE,
WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA
PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN
LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY
GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER
NERONHA pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support
of this application do show that:

    a.  The Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK;
BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN
SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT,
KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT,
CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS,
PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY
GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER
NERONHA were served through the United States Postal Service Certified
Mail Return Receipt Requested the with copies of Plaintiff's Summons and
Complaint, and the Court's Order dated December 6, 2023 [ECF 3] as
provided by Rule 4, Federal Rules of Civil Procedure;

    b.  Defendants TYLER TECHNOLOGIES, INC.; RHODE ISLAND
DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN,
DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD
SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK
DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY
FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT,
ADAM D. ROACH, and PETER NERONHA are political subdivisions and/or

employees and/or acting in the capacity of the political subdivisions of Defendant RHODE ISLAND DEPARTMENT OF HUMAN SERVICES and/or Defendant RHODE ISLAND JUDICIARY and/or Defendant RHODE ISLAND OFFICE OF THE ATTORNEY GENERL.  Under the Rhode Island Government Tort Liability Act **R.I. Gen. Laws § 9-31-1 *et seq.*,** the afore-named Defendants in this tort damages action can be served upon the RHODE ISLAND OFFICE OF ATTORNEY GENERAL. See **R.I. Gen. Laws § 9-31-7.** Link to law: webserver.rilin.state.ri.us/Statutes/Title9/9-31/9-31-1.HTM; webserver.rilin.state.ri.us/Statutes/TITLE9/9-31/9-31-7.htm

c.   Accordingly, Defendant RHODE ISLAND OFFICE OF ATTORNEY GENERAL was served with the Summons and Complaint.

d.   Upon Plaintiff's information and belief, the Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA are neither an infant nor an incompetent person requiring special service in accordance with Rule 4, Federal Rules of Civil Procedure, and are not serving with the armed forces of the United States as defined by the Service Members Civil Relief Act of 2003, as amended, entitled to the protection of 50 U.S.C. App. Section 520;

e.   The Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN

TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA neither answered nor otherwise defended the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

f.   Copies of this Affidavit and the Request for Entry of Default, which are being filed herewith, have this date been filed with the Clerk of the Court.

Respectfully submitted,

Date: February 8, 2024

MARY SEGUIN

_Mary Seguin_

Mary Seguin

P.O. Box 22022

Houston, TX 77019

maryseguin22022@gmail.com

# Exhibit A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Providence, RI 02903

Certified Mail Fee $4.35
$                                    $2.55          0048
                                                    26
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage          $15.60
$
Total Postage and Fees                               01/04/2024
$23.50
$

Sent To  RHODE ISLAND OFFICE OF ATTORNEY GENERAL
Street and Apt. No., or PO Box No.  150 SOUTH MAIN ST.
City, State, ZIP+4®  PROVIDENCE, RI 02903

9589 0710 5270 1013 5376 89

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND OFFICE OF
ATTORNEY GENERAL
150 SOUTHMAIN ST.
PROVIDENCE, RI 02903

9590 9402 8638 3244 5313 24

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 89

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 8638 3244 5327 10

**United States**
**Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

MARY SEGUIN
PO BOX 22022
HOUSTON, TX 77019







GERD MEYERSIEK
86 ELTON ST.
PROVIDENCE, RI 02906



9589 0710 5270 1013 5336 65

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Cranston, RI 02920

Certified Mail Fee   $4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $0.00
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $0.00
☐ Adult Signature Required   $0.00
☐ Adult Signature Restricted Delivery   $

Postage   $15.60

Total Postage and Fees   $23.50

Sent To RI DEPARTMENT OF HUMAN SERVICES
Street and Apt. No., or PO Box No. 25 HOWARD AVE. BUILDING 57
City, State, ZIP+4® CRANSTON, RI 02930

Postmark Here

12/22/2023

004.8
26



9584 0710 5270 1013 5338 65

U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Cranston, RI 02920

| | |
|---|---|
| Certified Mail Fee $4.35 | 0042 |
| $ [illegible] | 26 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ [illegible] | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $15.6[illegible] | 12/22/2022 |
| Total Postage and Fees $23.5[illegible] | |

Sent To RI DEPARTMENT OF HUMAN SERVICE

Street and Apt. No., or PO Box No. 25 HOWARD AVE, BUILDING 57

City, State, ZIP+4® CRANSTON, RI 02920

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Providence, RI 02903

0048
26

Certified Mail Fee    $4.35

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00    $2.55

Postage    $15.60
$

Total Postage and Fees
$23.50

DEC 22 Postmark Here

12/22/2023

Sent To  R.I. OFFICE OF CHILD SUPPORT SERVIC

Street and Apt. No., or PO Box No.  77 DORRANCE ST.

City, State, ZIP+4®  PROVIDENCE, RI 02903

9589 0710 5270 1013 5338 72

9589 0710 5270 1013 5376 72

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®

Providence, RI 02918

Certified Mail Fee  $4.35

$ _____

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required           $0.00
- ☐ Adult Signature Restricted Delivery $ _____

Postage   $15.60

Total Postage and Fees
$23.50

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  975 SMITH ST

City, State, Zip+4  PROVIDENCE, RI 02908

Postmark
Here

01/04/2024

JAN

0048
26

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RI OFFICE OF CHILD SUPPORT
SERVICES

77 DORRANCE ST
PROVIDENCE, RI 02903

9590 9402 8638 3244 5327 10

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA GRADY
DUGAN GRADY LAW OFFICES
975 SMITH ST
PROVIDENCE, RI 02908

9590 9402 8638 3244 5313 17

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 72

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt