UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

FEB 1 2 2024

Nathan Ochsner, Clerk of Court

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                       Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD,
PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and
official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL
in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND
JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its
official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR
COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity;
RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR
COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY
CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH
BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE
OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity;
ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## **RETURN OF SUMMONS/PROOF OF SERVICE**

### **FOR ENTRY OF DEFAULT**

### **BY AFFIDAVIT**

MARY SEGUIN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. sec.
1746(2) that the following statements are true and correct:

1. That I am the Plaintiff, Pro Se, in the above captioned matter.

2. Pursuant FRCP 4, I served upon all the Defendants the Summons and Complaint, along with a copy of the Court's Order dated December 6, 2023 (ECF 3) using United States Postal Service Certified Mail, Return Receipt Requested.

3. The United States Postal Service accordingly served the all the named Defendants, and Plaintiff received the return receipt requested for all named Defendants.  Plaintiff attached said receipts to Plaintiff's Requests for Entry of Default, (ECF 6, ECF 11).

4. The Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, RHODE ISLAND SUPERIOR COURT, RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA were served through the United States Postal Service Certified Mail Return Receipt Requested the with copies of Plaintiff's Summons and Complaint, and the Court's Order dated December 6, 2023 [ECF 3] as provided by Rule 4, Federal Rules of Civil Procedure;

   a. Defendants TYLER TECHNOLOGIES, INC.; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY

FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND
JUDICIARY, PAUL A. SUTTELL, EXECUTIVE HEAD OF RHODE
ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF
STATE COURTS, RHODE ISLAND ADMINISTRATIVE OFFICE OF THE
SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, RHODE
ISLAND SUPERIOR COURT, RHODE ISLAND SUPERIOR COURT
JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE
HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN
CORREA, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA
are political subdivisions and/or employees and/or acting in the capacity of the
political subdivisions of Defendant RHODE ISLAND DEPARTMENT OF
HUMAN SERVICES and/or Defendant RHODE ISLAND JUDICIARY
and/or Defendant RHODE ISLAND OFFICE OF THE ATTORNEY
GENERL.  Under the Rhode Island Government Tort Liability Act **R.I. Gen.
Laws § 9-31-1 *et seq.***, the afore-named Defendants in this tort damages action
can be served upon the RHODE ISLAND OFFICE OF ATTORNEY
GENERAL. See **R.I. Gen. Laws § 9-31-7.**  Link to law:
webserver.rilin.state.ri.us/Statutes/Title9/9-31-1.HTM;
webserver.rilin.state.ri.us/Statutes/TITLE9/9-31/9-31-7.htm

b.  Accordingly, Defendant RHODE ISLAND OFFICE OF ATTORNEY
GENERAL was served with the Summons and Complaint.

c.  Upon Plaintiff's information per USPS return receipt requested card and
belief, the Defendants were served.   Upon Plaintiff's information and belief,
the Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK;
BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN
SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT,

KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, RHODE ISLAND SUPERIOR COURT, RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA are neither an infant nor an incompetent person requiring special service in accordance with Rule 4, Federal Rules of Civil Procedure, and are not serving with the armed forces of the United States as defined by the Service Members Civil Relief Act of 2003, as amended, entitled to the protection of 50 U.S.C. App. Section 520;

d.   The Defendants TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, RHODE ISLAND JUDICIARY, PAUL A. SUTTELL, EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS, RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT, RHODE ISLAND JUDICIAL COUNCIL, RHODE ISLAND SUPERIOR COURT, RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL, THE JUDICIAL TECHNOLOGY CENTER, JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA, RHODE ISLAND

OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT, ADAM D. ROACH, and PETER NERONHA neither answered nor otherwise defended the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

e.  Copies of this Affidavit have this date been filed with the Clerk of the Court, and the Requests for Entry of Default were filed and docketed ECF 6, ECF 11.

Respectfully submitted,

Date: February 12, 2024

MARY SEGUIN

*Mary Seguin*

Mary Seguin

P.O. Box 22022

Houston, TX 77019

maryseguin22022@gmail.com

# Exhibit A

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE, RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from service label)
9589 0710 5270 1013 5338 41

**COMPLETE THIS SECTION O**

A. Signature

X

B. Received by (Printed

D. Is delivery address different
   If YES, enter delivery addr

DEC 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ n Delivery Restricted Deliv
☐ ail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps*

Providence, RI 02903

**OFFICIAL US**

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)      $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required         $ $0.00
- ☐ Adult Signature Restricted Delivery $ _____

| Postage | $15.60 |
|---|---|
| $ | |

**Total Postage and Fees**
$23.50

**Sent To** RHODE ISLAND JUDICI

**Street and Apt. No., or PO Box No.** LICHT JUDICIAL COMPLEX 250 BEN

**City, State, ZIP+4** PROVIDENCE, RI 0

RIVER ... DEC 22 2... Post... 12/22/

9589 0710 5270 1013 5338 41



**USPS TRACKING #**

9590 9402 8625 3244 0269 18

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+

MARY SEGUIN

~~BENEFIT~~

PO BOX 22022

HOUSTON, TX 770

INT

.S. Postal Service™

ERTIFIED MAIL® RECEIPT

omestic Mail Only

or delivery information, visit our website at www.usps.com®.

Providence, RI 02903

ified Mail Fee $4.35

$3.55

a Services & Fees (check box, add fee as appropriate)

Return Receipt (hardcopy) $ $0.00

Return Receipt (electronic) $ $0.00

Certified Mail Restricted Delivery $ $0.00

Adult Signature Required $ $0.00

Adult Signature Restricted Delivery $

tage $15.60

l Postage and Fees

3.50

0048

26

Postmark Here

JAN - 3 2024

01/04/2024

t To RHODE ISLAND OFFICE OF ATTORNEY GENERAL

et and Apt. No., or PO Box No. 150 SOUTH MAIN ST.

, State, ZIP+4® PROVIDENCE, RI 02903

Form 3800, January 2023

**USPS TRACKING #**

9590 9402 8638 3244 5327 10

Fir
Po
US
Pe

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4®

MARY SEGUIN
PO BOX 22022
HOUSTON, TX 77019

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND OFFICE OF
        ATTORNEY GENERAL

150 SOUTHMAIN ST.

PROVIDENCE, RI 02903



9590 9402 8638 3244 5313 24

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 89

**COMPLETE THIS SECTION ON DE**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from
   If YES, enter delivery address be

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail Restricted Delivery
   0)

PS Form 3811, July 2020 PSN 7530-02-000-9053

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

Providence, RI 02903

| Certified Mail Fee | $4.35 |
| --- | --- |
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

| Postage | $15.60 |
| --- | --- |
| $ | |
| Total Postage and Fees | |
| $23.50 | |

DEC 2

12/22/2

Sent To RI. OFFICE OF CHILD SUPPOR

Street and Apt. No., or PO Box No. 77 DORRANCE ST.

City, State, ZIP+4® PROVIDENCE, RI 02

PS Form 3800, January 2023 PSN 7530-02-000-9047

Case 1:22-cv-04563 Document 13 Filed on 02/12/24 in TXSD Page 14 of 22

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

Providence, RI 02903

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) — $ $0.00
- ☐ Return Receipt (electronic) — $ $0.00
- ☐ Certified Mail Restricted Delivery — $ $0.00
- ☐ Adult Signature Required — $ $0.00
- ☐ Adult Signature Restricted Delivery — $ 

| | |
|---|---|
| Postage | $15.60 |
| $ | |
| Total Postage and Fees | |
| $23.50 | |

Postmark Here

12/22/2

**Sent To** GERO MEYERSIEK

**Street and Apt. No., or PO Box No.** 86 ELTON ST.

**City, State, ZIP+4®** PROVIDENCE, RI 02

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse fo

9589 0710 5270 1013 5337 42





# U.S. Postal Service
# CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com

Cranston, RI 02920

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $7.55 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| Postage | $15.60 |
|---|---|

Total Postage and Fees
$23.50

Postmark
Here

DEC 22 2

12/22/20

Sent To: RI DEPARTMENT of HUMA

Street and Apt. No., or PO Box No. 25 HOWARD AVE. BUILDING

City, State, ZIP+4 CRANSTON, RI 02920

9589 0710 5270 1013 5338 57

Postal Service

CERTIFIED MAIL RECEIPT

Domestic Mail Only

Delivery information, visit our website at www.usps.com

unston, RI 02920

Mail Fee $4.35

$3.65

Extra Services & Fees (check box, add fee as appropriate)

Return Receipt (hardcopy) $ ~~$0.00~~

Return Receipt (electronic) $ ~~$0.00~~

Certified Mail Restricted Delivery $ ~~$0.00~~

Adult Signature Required $ ~~$0.00~~

Adult Signature Restricted Delivery $

0048

26

Postmark Here

DEC 22 2022

12/22/2022

$15.60

Postage and Fees

.60

RI DEPARTMENT of HUMAN SERVICES

Street and Apt. No., or PO Box No.

HOWARD AVE. BUILDING 57

City, State, ZIP+4

CRANSTON, RI 02920

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Providence, RI 02903

0048
26

DEC 22 2023

12/22/2023

| | | |
|---|---|---|
| Certified Mail Fee | $4.35 | |
| $ | $2.55 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |
| Postage | $15.60 | |
| $ | | |
| Total Postage and Fees | | |
| $ | $23.50 | |

Sent To R.I. OFFICE OF CHILD SUPPORT SERVICES

Street and Apt. No., or PO Box No. 77 DORRANCE ST.

City, State, ZIP+4® PROVIDENCE, RI 02903

9589 0710 5270 1013 5338 72



# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.

Providence, RI 02908

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery    $ _____

| Postage | |
|---|---|
| $ | $15.60 |
| Total Postage and Fees | |
| $ | $23.50 |

01/04/

Sent To   BARBARA GRADY

Street and Apt. No., or PO Box No.   975 SMITH ST

City, State, ZIP+4®   PROVIDENCE, RI 02

9589 0710 5270 1013 5376 72

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RI OFFICE OF CHILD SUPPORT
                    SERVICES
77 DORRANCE ST
PROVIDENCE, RI 02903



9590 9402 8638 3244 5327 10

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DE**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from
If YES, enter delivery address be

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA GRADY
DUGAN GRADY LAW OFFICES
975 SMITH ST
PROVIDENCE , RI 02908



9590 9402 8638 3244 5313 17

2. Article Number (Transfer from service label)

9589 0710 5270 1013 5376 72

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by (Printed Name)

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053