UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                         Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S SUBMISSION OF PROPOSED ORDERS

Before the Court are Plaintiff's Motion for Default Judgment (ECF 8, 10), Request for

Entry of Default (ECF 6, 11) and Pro Se Motion to Obtain ECF Login and Password (ECF 2).

Plaintiff hereby respectfully submits the proposed orders attached hereto:

(1) Order Granting Motion for Default

(2) Entry of Default

(3) Order Granting Motion to Obtain ECF Login and Password

Respectfully submitted,

February 21, 2024

>FOR PLAINTIFF
>MARY SEGUIN, Pro Se
>
>By: *Mary Seguin*
>Mary Seguin
>P.O. Box 22022
>Houston, TX 77019
>maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2024, I filed the within with the Clerk of the Court.

>Respectfully submitted,
>
>Mary Seguin
>
>Pro Se
>
>/s/ *Mary Seguin*
>
>Email: maryseguin22022@gmail.com
>Phone: (281)744-2016
>P.O. Box 22022
>Houston, TX 77019
>
>Dated: February 21, 2024

2