UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                      Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE
ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities;
RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual
and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE
ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE
ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity;
RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR
COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL
in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity;
JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their
individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their
official and individual capacities.
*Defendants*

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff Mary Seguin's Motion for Default Judgment, **ECF No. 8,**

**10**, on grounds that Defendants have failed to appear or defend the Complaint of Plaintiff.  There

being no objection to the entry of Judgment, the Court grants the motion.  Accordingly, **IT IS**

1

**HEREBY ORDERED** that Plaintiff's Motion for Default Judgment, **ECF No. 8, 10**, is

**GRANTED**.  Entry of Judgment is to follow.

The Clerk is hereby directed to enter this Order and to provide copies to counsel and to

Pro Se Plaintiff and **close this case**.

**DATED** _____ at Houston, Texas.


_____
Alfred H. Bennett
United States District Judge