UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Mary Seguin

v.                                                          Case Number: 4:23−cv−04562

Tyler Technologies, Inc., et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/14/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    April 21, 2024

                                                            Nathan Ochsner, Clerk