UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

MARY SEGUIN,

*pro se*

MAY 21 2024

*Plaintiff,*

Nathan Ochsner, Clerk of Court

VS.                                                    Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities;
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN
TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD,
PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and
official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL
in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND
JUDICIARY: RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its
official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR
COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity;
RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR
COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY
CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH
BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND
OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE
OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity;
ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S MOTION TO RESET JUNE 14th COURT HEARING

The Plaintiff, MARY SEGUIN, respectfully moves this Court to reset the hearing in this
matter from June 14, 2024 to August 31, 2024, at 9:00 A.M.

In support of Plaintiff's motion, Plaintiff states as follows:

1.      Pending before the Court is Plaintiff' Motion to Set a Hearing on Plaintiff's Fed.
R. Evid. 201(e) Request for Judicial Notice, at 9:00 A.M. on August 31, 2024.

2.      Moreover, on Sunday April 21, 2024, the Court *sua sponte* reset the original April 26, 2024 hearing date in this matter to 9:00 A.M. on June 14, 2024.   Plaintiff is unable to make the June 14, 2024 hearing date and respectfully requests the Court to reset the hearing to 9:00 A.M. on August 31, 2024.

3.      Plaintiff further incorporates all factual allegations alleged in Plaintiff' Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice (dated May 21, 2024) as fully alleged herein.  Defendants have failed to appear or plead or otherwise defend this action, and there being no objection, the Plaintiff respectfully requests the Court to reset the scheduled hearing to 9:00 A.M. on August 31, 2024.

### PRAYER

WHEREFORE, Plaintiff prays that this Court enter an Order to reset the scheduled hearing to 9:00 A.M. on August 31, 2024.

### AFFIDAVIT

I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

May 21, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: _____*Mary Seguin*_____
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2024, I filed the within Motion with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/    *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: May 21, 2024