# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Mary Seguin

v.   Case Number: 4:23−cv−04562

Tyler Technologies, Inc., et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/30/2024

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 9, 2024

Nathan Ochsner, Clerk