UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 28 2024

Nathan Ochsner, Clerk of Court

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                          Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY; RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities;
*Defendants*

## PLAINTIFF'S MOTION TO RESET AUGUST 30th COURT HEARING

The Plaintiff, MARY SEGUIN, respectfully moves this Court to reset the hearing in this matter from June 14, 2024 to November 27, 2024, at 9:00 A.M.

In support of Plaintiff's motion, Plaintiff states as follows:

1.      Due to having to resolve continuing damage issues stemming from Hurricane Beryl, Plaintiff is unable to make the August 30th hearing date and respectfully requests the Court to reset the hearing to 9:00 A.M. on November 27, 2024.

2.      Pending before the Court is Plaintiff's Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice that Plaintiff also respectfully requests reset to 9:00 A.M. on November 27, 2024.

3.      Plaintiff further incorporates all factual allegations alleged in Plaintiff' Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice (dated May 21, 2024) as fully alleged herein. Defendants have failed to appear or plead or otherwise defend this action, and there being no objection, the Plaintiff respectfully requests the Court to reset the scheduled hearing to 9:00 A.M. on November 27, 2024.

### **PRAYER**

WHEREFORE, Plaintiff prays that this Court enter an Order to reset the scheduled hearing to 9:00 A.M. on November 27, 2024.

### **AFFIDAVIT**

I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

August 28, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: *Mary Seguin*
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2024, I filed the within Motion with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: May 21, 2024