UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

Plaintiff,

VS.

Civil Action No. 4:23-cv-04562

United States Courts
Southern District of Texas
FILED

AUG 2 9 2024

Nathan Ochsner, Clerk of Court

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE
ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities;
RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual
and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE
ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE
ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity;
RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR
COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL
in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity;
JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their
individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their
official and individual capacities;
*Defendants*

## PLAINTIFF'S SUBMISSION OF PROPOSED ORDERS

Before the Court are Plaintiff's Plaintiff's Motion to Reset Hearing dated August 28,

2024, and Plaintiff's Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for

Judicial Notice dated August 28, 2024, and

Plaintiff hereby respectfully submits the proposed order attached hereto:

1

(1) Order Granting Motion to Reset Hearing

Respectfully submitted,

August 29, 2024

>FOR PLAINTIFF
>MARY SEGUIN, Pro Se.
>
>By: _____ *Mary Seguin* _____
>Mary Seguin
>P.O. Box 22022
>Houston, TX 77019
>maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2024, I filed the within with the Clerk of the

Court.

>Respectfully submitted,
>
>Mary Seguin
>
>Pro Se
>
>/s/ _____ *Mary Seguin*
>
>Email: maryseguin22022@gmail.com
>Phone: (281)744-2016
>P.O. Box 22022
>Houston, TX  77019
>
>Dated: August 29, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                               Civil Action No. 4:23-cv-04562


TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE
ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities;
RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual
and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE
ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE
ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity;
RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR
COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL
in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity;
JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their
individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their
official and individual capacities;
*Defendants*


**ORDER GRANTING PLAINTIFF'S MOTION TO RESET AUGUST 30ᵗʰ HEARING**


Before the Court filed on August 28, 2024 is Plaintiff Mary Seguin's Motion To Reset

the August 30, 2024 Hearing, requesting reset to November 27, 2024.  Before the Court is

Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice Default Judgment, dated May 21,

2024.   Upon consideration, **IT IS HEREBY ORDERED** that Plaintiff's Motion To Reset the

1

August 30th Hearing is **GRANTED,** and the hearing is reset to November 27, 2024, at 9:00 AM.

Entry of Order is to follow.

The Clerk is hereby directed to enter this Order and to provide copies to counsel and to

Pro Se Plaintiff.

**DATED** _____ at Houston, Texas.


_____
Alfred H. Bennett
United States District Judge

2