United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY SEGUIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-04562 |
| § | |
| TYLER TECHNOLOGIES, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are various motions filed by pro se Plaintiff Mary Seguin: (1) a Motion to Obtain CM/ECF Login (Doc. #2), (2) four Motions for Default Judgment (Doc. Nos. 7, 8, 10, 11), and (3) a Motion to Set a Hearing on Plaintiff's Request for Judicial Notice (Doc. #15).[1] The Court will address each of Plaintiff's filings in turn.

First, the Court turns to Plaintiff's Motion to Obtain CM/ECF Login, wherein Plaintiff requests permission to register with the Court's Electronic Filing System. Doc. #2 at 2–3. Finding this request unobjectionable, the Court will grant the Motion to Obtain CM/ECF Login. *Id.*

Next, Plaintiff has filed several Motions for Default Judgment. Doc. Nos. 7, 8, 10, 11. Though there are more than thirty Defendants listed in the Complaint, it appears that Plaintiff attempted to serve only Defendants Rhode Island Judiciary, Rhode Island Office of Child Support Services, Rhode Island Department of Human Services, Rhode Island Office of Attorney General,

---

[1] Also before the Court is a Motion to Reset Hearing (Doc. #18), asking that the Court reset the initial conference that was scheduled on June 14, 2024. Because the Court issued a Notice of Setting (Doc. #19) that continued the initial conference, the Motion to Reset Hearing (Doc. #18) is DENIED as MOOT.

Gero Meyersiek, and Barbara Grady via U.S. Postal Mail. *See* Doc. #6, Ex. 1 at 2, Ex. 3 at 3, 5; Doc. #10 at 10. The record contains no signature showing receipt of service by any of the Defendants or their designated agents. "Any person who is at least 18 years old and not a party may serve a summons and a complaint." FED. R. CIV. P. 4(c)(2). As such, "under both the Federal Rules of Civil Procedure and the Texas Rules of Civil Procedure, a party is not permitted to serve process, even by mail." *Avdeef v. Royal Bank of Scotland, P.L.C.*, 616 F. App'x 665, 672 (5th Cir. 2015) (citations omitted). "There is no exception for pro se litigants." *Id.* Because Plaintiff attempted service by mail, there is not evidence of proper service of process on the record. As such, the Motions for Default Judgment are denied.[2] Doc. Nos. 7, 8, 10, 11.

Moreover, Plaintiff filed the Complaint on December 5, 2023. Doc. #1. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). Accordingly, the Court orders Plaintiff to effect proper service on Defendants within fourteen days.

Finally, Plaintiff has filed a Motion to Set a Hearing on Plaintiff's Request for Judicial Notice, wherein Plaintiff asks the Court to set a hearing to "hear the Plaintiff's submitted evidence." Doc. #15 at 15. Because none of the Defendants have been properly served or appeared in this action, there is no basis to set a hearing to consider Plaintiff's evidence at this time. As such, the Motion to Set a Hearing on Plaintiff's Request for Judicial Notice is denied.

In conclusion, Plaintiff's Motion to Obtain CM/ECF Login (Doc. #2) is hereby GRANTED. However, Plaintiff's Motions for Default Judgment (Doc. Nos. 7, 8, 10, 11) and

---

[2] The Court notes that Plaintiff has also filed a Request for Clerk's Entry of Default. Doc. #6. Because there is no evidence of proper service of process on any Defendants, there is no basis to enter default against any Defendants at this time.

Motion to Set a Hearing on Plaintiff's Request for Judicial Notice (Doc. #16) are DENIED. The Motion to Reset Hearing (Doc. #18) is also DENIED as MOOT. In addition, the Court hereby ORDERS Plaintiff to properly serve Defendants within fourteen days of the entry of this Order, or this case will be dismissed.

It is so ORDERED.

SEP 2 0 2024
Date

_____
The Honorable Alfred H. Bennett
United States District Judge