# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Mary Seguin

v.                                              Case Number: 4:23−cv−04562

Tyler Technologies, Inc., et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 10/18/2024 at 09:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: September 20, 2024

                                                                                                     Nathan Ochsner, Clerk, Clerk
                                                                                                             s/ 4 LisaREdwards, Deputy Clerk