UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                         Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC., *et al,*
*Defendants*

United States Courts
Southern District of Texas
FILED

SEP 25 2024

Nathan Ochsner, Clerk of Court

## PLAINTIFF'S MOTION TO RESET September 27th COURT HEARING

The Plaintiff, MARY SEGUIN, respectfully moves this Court to reset the hearing in this matter from September 27, 2024 to November 27, 2024, at 9:00 A.M.

In support of Plaintiff's motion, Plaintiff states as follows:

1. Due to having to resolve continuing damage issues stemming from Hurricane Beryl, that also involves damages involving the City, Plaintiff is unable to make the September 27th hearing date and respectfully requests the Court to reset the hearing to 9:00 A.M. on November 27, 2024.

2. Pending before the Court is Plaintiff's Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice that Plaintiff also respectfully requests reset to 9:00 A.M. on November 27, 2024.

3. Plaintiff further incorporates all factual allegations alleged in Plaintiff' Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice (dated May 21, 2024) as fully alleged herein. Defendants have failed to appear or plead or otherwise defend this action, and there being no objection, the Plaintiff respectfully requests the Court to reset the scheduled hearing to 9:00 A.M. on November 27, 2024.

**PRAYER**

WHEREFORE, Plaintiff prays that this Court enter an Order to reset the scheduled hearing to 9:00 A.M. on November 27, 2024.

**AFFIDAVIT**

I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

September 25, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: *Mary Seguin*
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 25, 2024, I filed the within Motion with the Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: September 25, 2024