UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.  Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC., *et al.*
*Defendants*

## PLAINTIFF'S SUBMISSION OF PROPOSED ORDERS

Before the Court are Plaintiff's Motion to Reset Hearing dated September 25, 2024, and Plaintiff's Motion to Set a Hearing on Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice dated September 25, 2024, and

Plaintiff hereby respectfully submits the proposed order attached hereto:

(1) Order Granting Motion to Reset Hearing

Respectfully submitted,

September 25, 2024

                FOR PLAINTIFF
                MARY SEGUIN, Pro Se.

                By: *Mary Seguin*
                Mary Seguin
                P.O. Box 22022
                Houston, TX 77019
                maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2024, I filed the within with the Clerk of the Court.

                                      Respectfully submitted,

                                      Mary Seguin

                                      Pro Se

                                      /s/ *Mary Seguin*

                                      Email: maryseguin22022@gmail.com
                                      Phone: (281)744-2016
                                      P.O. Box 22022
                                      Houston, TX  77019

                                      Dated: September 25, 2024

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                                 Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC., *et al,*
*Defendants*

## ORDER GRANTING PLAINTIFF'S MOTION TO RESET SEPTEMBER 27th HEARING

Before the Court filed on September 25, 2024 is Plaintiff Mary Seguin's Motion To Reset the September 27, 2024 Hearing, requesting reset to November 27, 2024. Before the Court is Plaintiff's Fed. R. Evid. 201(e) Request for Judicial Notice Default Judgment, dated May 21, 2024. Upon consideration, **IT IS HEREBY ORDERED** that Plaintiff's Motion To Reset the September 27th Hearing is **GRANTED**, and the hearing is reset to November 27, 2024, at 9:00 AM. Entry of Order is to follow.

The Clerk is hereby directed to enter this Order and to provide copies to counsel and to Pro Se Plaintiff.

**DATED** _____ at Houston, Texas.


_____
Alfred H. Bennett
United States District Judge