# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Mary Seguin

v.                                                          Case Number: 4:23−cv−04562

Tyler Technologies, Inc., et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 10/18/2024 at 09:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: September 20, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk

FIRST-CLASS

US POSTAGE >>PITNEY BOWES

ZIP 77002 $ 000.69⁰
02 7W
0008035818 SEP 24 2024

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States Courts
Southern District of Texas
FILED

SEP 26 2024

Nathan Ochsner, Clerk of Court

Mary Seguin
P.O. Box 22022
Houston, TX 77019

NIXIE          773   NEE   1        2410009/25/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010     *1033-03960-24-46
INT 77208101010 BC     ‖‖|‖|‖‖‖|‖‖‖‖|‖‖|‖|‖‖‖‖|‖‖|‖|‖‖‖|