United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY SEGUIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-04562 |
| | § |
| TYLER TECHNOLOGIES, INC., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is pro se Plaintiff's Motion to Reset Hearing (the "Motion"), asking that the Court reset a September 27, 2024 status conference to November 27, 2024. Doc. #22. The Court has already reset the September 27 status conference to October 18, 2024, at 9:30 AM. Doc. #21. Thus, the Motion is DENIED. Doc. #22. The status conference remains scheduled for October 18, 2024, at 9:30 AM.

It is so ORDERED.

SEP 2 6 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge