UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                    Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE
ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities;
RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual
and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE
ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE
ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity;
RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR
COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL
in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity;
JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their
individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their
official and individual capacities;
*Defendants*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS UNDER
Fed. R. Civ. P 4(e) AND Texas Rules of Civil Procedure 106**

Plaintiff, MARY SEGUIN, hereby respectfully moves, under Fed. R. Civ. P 4(e) and

Texas Rules of Civil Procedure 106, an extension of time to serve the Summons and Complaint

to November 15, 2024.

In support of Plaintiff's motion for extension of time, Plaintiff states under 28 U.S.C. sec. 1746, the follows:

1. Plaintiff filed a motion for CM/ECF Login (ECF 2) in December 2023.  The Court by way of court order granted Plaintiff's CM/Login motion on September 20, 2024 (ECF 20).  Since until the Court's grant of CM/ECF Login permission, Plaintiff was not electronically noticed of any docket activity, Plaintiff was *not* electronically noticed on September 20, 2024, the date of the Court's Order (ECF 20).

2. Plaintiff only received notice of the Court's September 20, 2024 Order (ECF 20) on September 30, 2024.

3. The Court moreover ordered on September 20, 2024 to effectuate service of the summons and complaint in 14 days.  Since Plaintiff only received notice of the Court Order on September 30, 2024, Plaintiff has only 4 days to comply.

4. Nevertheless, Plaintiff made every diligent effort as soon as Plaintiff received notice of the Court's Order on September 30, 2024, and within 3 hours sent via Overnight FedEx to the Sheriff of Rhode Island to effectuate the service of summons and complaint on September 30, 2024.

5. FedEx tracking states that delivery of the summons and complaints to the Sheriff of Rhode Island took place at 8:48 A.M. on October 2, 2024.  Plaintiff proffers proof of FedEx tracking delivery attached in Exhibit I. Plaintiff diligently followed up with phone calls to the Sheriff of Rhode Island at (401) 275-2900, but the phone calls go straight to voicemail.

6. Attached to Plaintiff's Motions for Default Judgment were proof of Plaintiff's initial first attempts to effectuate service on the defendants. (ECF 7, 8, 10, 11).  However, *in addition* to

the aforesaid initial first attempts to effectuate service on the defendants, Plaintiff made several subsequent attempts under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2) to all defendants by "mailing to the defendant by registered or certified mail, return receipt requested, a true copy of the citation with a copy and of the petition attached thereto."

**I. Two Categories of Named Defendants: State Actors and Private Actors**

7.  The named defendants in the above-captioned matter can be distilled into two groups:

(1) Rhode Island State Government Actors

(2) Private Actors

With the exception of the named Defendant Gero Meyersiek and his attorney, named Defendant Barbara Grady, all other named defendants are Rhode Island State Government Actors.

**A.  FOUR Attempted Service Under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2) Upon the *Rhode Island Attorney General***

8. Under the Texas Long Arm Statute, Plaintiff brings this legal action for monetary damages for breach of contract, tort, §1983 and Civil RICO claims.  Plaintiff moreover brings this legal action for monetary damages under the Rhode Island Government Tort Liability Act. *See*, Rhode Island General Laws § 9-31-1 *et seq*.   Rhode Island General Laws  § 9-31-7 States, "Attorney for service. In any action pursuant to this chapter against the state of Rhode Island, the attorney general is hereby designated as attorney for service for the state in the action."

9.  Accordingly, under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2), Plaintiff mailed via U.S. Certified Mail Return Receipt Requested to the Rhode Island Attorney General at his *official* Office located at 150 South Main Street, Providence, RI 02903 a total of *four* times.  *See* Proof of certified mail receipts and return receipt requested signature proof

provided by the United States Postal Service in <u>Exhibit II</u>.  The dates of effectuation of service at

the official Office of the Rhode Island Attorney General in Rhode Island are as follows:

(1) January 4, 2024

(2) January 17, 2024

(3) February 21, 2024

(4) February 23, 2024

Each four times includes return receipt requested both physical green receipt or electronic return

receipt service by the United States Postal Service. (*See* postal receipts Exhibit II).  Moreover,

Plaintiff additionally effectuated service via U.S. Certified Mail Return Receipt Requested

individually to the following named Defendants: (1) Rhode Island Department of Human

Services (December 22, 2023) at the agency's official Office of business at 25 Howard venue,

Building 57, Cranston, RI  02920 (return receipt requested signed by agency staff located at the

agency's *official* Office of business); (2) Rhode Island Office of Child Support Services

(December 22, 2023) at the agency's official Office of business at 77 Dorrance Street,

Providence, RI  02903  (return receipt requested signed by agency staff located at the agency's

*official* Office of business); (3) Rhode Island Judiciary (December 22, 2023) at the political

subdivision's official Office of business at Licht Judicial Complex, 250 Benefit Street,

Providence, RI  02903  (return receipt requested signed by political subdivision's staff located at

the political subdivision's *official* Office of business).

9. The staff who are authorized to sign the United States Postal Service Certified Mail

Return Receipt Requested Green Card at the *official* Office of the Attorney General of Rhode

Island located at 150 South Main Street are authorized agents of the Office of Attorney General,

itself a named defendant.  Under the law, no unauthorized agent should be signing U.S. Certified Mail Return Receipt Requested parcels addressed to the Attorney General of Rhode Island.  The unlawful signing of U.S. Certified Mail Return Receipt Requested by unauthorized agents at the Office of Attorney General would, among others, thwart the lawful intent of Fed. R. Civ. P 4(e).

10.  Moreover, after receiving FOUR TIMES via U.S. Certified Mail *and signed* Return Receipt Requested of the Summons and Complaint, the Office of the Attorney General of Rhode Island has adequate due process notice of this pending legal action in Texas.  The Office of the Attorney General is moreover a named defendant.  **Therefore, Plaintiff demonstrates to the Court that either the named State Actors defendants and/or the Attorney General of Rhode Island and/or the Office of Attorney General are evading process or have long defaulted.**

11.  Notwithstanding the above, in compliance with the Court's Order dated September 20, 2024, Plaintiff has for the *fifth* time attempted to serve the Attorney General of Rhode Island and the Office of the Attorney General at his *official* Office located at 150 South Main Street in Providence, RI 02903, through the Sheriff of Rhode Island.

### B. Private Actors (GERO MEYERSIEK and BARBARA GRADY): NINE Attempted Service Under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2)

12. Similarly, under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2), Plaintiff mailed via U.S. Certified Mail Return Receipt Requested directly to Gero Meyersiek at his home address located at 86 Elton Street, Providence, RI  02906 and to his agents, his attorney Barbara Grady (also a named defendant) and his attorney Joanna Achille, a total of nine times, see proof in Exhibit III on the following dates:

Addressed to Gero Meyersiek:

(1) December 22, 2023

(2) January 17, 2024

(3) February 21, 2024

(4) February 24, 2024

Addressed to Meyersiek's agent and named defendant Barbara Grady:

(1) January 4, 2024

(2) February 21, 2024

(3) February 23, 2024

(4) February 26, 2024

(5) February 26, 2024

Totals 9 times attempted service via U.S. Certified Mail Return Receipt Requested, under

**Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2)** *see* **proof of U.S. Mail**

**Documentation in <u>Exhibit III</u>.**

13. Defendant Barbara Grady, Esq., is the lawyer of Defendant Gero Meyersiek.

Defendant Gero Meyersiek has another private lawyer, Joanna Achille (not a named defendant).

The staff and/or adult resident persons at each Law Office location or personal residential

location who are authorized to sign the United States Postal Service Certified Mail Return

Receipt Requested Green Card at the *official* Law Office are authorized agents of Defendant

Gero Meyersiek, and/or Defendant Barbara Grady and her client, Defendant Gero Meyersiek. At

Gero Meyersiek's lawyers' Offices of Law, no unauthorized agent should be signing U.S.

Certified Mail Return Receipt Requested parcels addressed to the Law Firms' Partner (Barbara

Grady or J. Achille).  The unlawful signing of U.S. Certified Mail Return Receipt Requested by

unauthorized agents at the Offices of Law would, among others, thwart the lawful intent of Fed.

R. Civ. P 4(e).

14.  Moreover, after receiving <u>NINE TIMES</u> via U.S. Certified Mail *and signed* Return

Receipt Requested of the Summons and Complaint, Defendant Gero Meyersiek and Defendant

Barbara Grady (also attorney/agent of Gero Meyersiek) have adequate due process notice of this

pending legal action in Texas.  **Therefore, Plaintiff demonstrates to the Court that either the**

**named private defendants are evading process or have long defaulted.**

15.  Notwithstanding the above, in compliance with the Court's Order dated September

20, 2024, Plaintiff has for the <u>*tenth*</u> time attempted to serve defendants Gero Meyersiek and

Barbara Grady, through the Sheriff of Rhode Island on September 30, 2024, upon receiving

notice of this Court's Order.

### PRAYER
WHEREFORE, Plaintiff prays that this Court enter an Order to extend time to
serve the Summons and Complaint to November 15, 2024.

### AFFIDAVIT
I, MARY SEGUIN, do hereby certify that the statements and allegations set
forth in the foregoing Motion is true and accurate to the best of my knowledge
and belief.

Respectfully submitted,

October 3, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: _____
Mary Seguin        *Mary Seguin*

P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2024, I filed the within Motion with the

Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/          *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: October 3, 2024

EXHIBIT I.

 

 <u>Learn</u> about the impact of Hurricane Helene on FedEx services.

FedEx® Tracking


SHOPRUNNER by FedEx

**Shake up your holiday shopping.** Get gifts and exclusive benefits at your favorite stores.

SHOP NOW

**DELIVERED**

# Wednesday

10/2/24 at 8:48 AM

Signed for by: R.29

⬇ **Obtain proof of delivery**

**How was your delivery?**



**DELIVERY STATUS**

Delivered ✅

🔲 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**

280101370040 ✏ ☆

**FROM**
Houston, TX US

*Label Created*
9/30/24 6:31 PM

**WE HAVE YOUR PACKAGE**
HOUSTON, TX
10/1/24 6:01 PM

**ON THE WAY**
WARWICK, RI
10/2/24 7:21 AM

 

**DELIVERED**
CRANSTON, RI US

*Delivered*
10/2/24 at 8:48 AM

## Shipment facts 

 Shipment overview

**TRACKING NUMBER**   280101370040

**DELIVERED TO**   Receptionist/Front Desk

**SHIP DATE** ⓘ   10/1/24

**STANDARD TRANSIT** ⓘ   10/2/24 before 10:30 AM

**DELIVERED**   10/2/24 at 8:48 AM

Services

**SERVICE**   FedEx Priority Overnight

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday

 Package details

**WEIGHT**   3 lbs / 1.36 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   3 lbs / 1.36 kgs

**PACKAGING**   FedEx Pak

↑ Back to to 

## Travel history ⌃

**SORT BY DATE/TIME**





**Time zone**

Local Scan Time

Monday, 9/30/24

- 6:31 PM
**Shipment information sent to FedEx**

- 5:32 PM
**Shipment arriving On-Time**
HOUSTON, TX

- 6:31 PM
**At FedEx origin facility**
HOUSTON, TX

- 6:31 PM
**In FedEx possession**
Package received after final location pickup has occurred. Scheduled for pickup next business day.
HOUSTON, TX

- 6:31 PM
**Picked up**
At FedEx Office
HOUSTON, TX

Tuesday, 10/1/24

- 6:01 PM
**Picked up**
HOUSTON, TX

- 8:40 PM
**Left FedEx origin facility**
HOUSTON, TX

- 11:52 PM
**Arrived at FedEx hub**
MEMPHIS, TN

 

- 3:13 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 6:37 AM
  **At destination sort facility**
  WARWICK, RI

- 7:21 AM
  **At local FedEx facility**
  WARWICK, RI

- 8:20 AM
  **On FedEx vehicle for delivery**
  WARWICK, RI

- 8:48 AM
  **Delivered**
  CRANSTON, RI

↑ Back to to 

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

  United States

**FOLLOW FEDEX**       

© FedEx 1995-2024

Site Map   |   Terms of Use   |   Privacy & Security   |   Ad Choices



ORIGIN ID:HOUA   (281) 744-2016
MARY SEGUIN

4001 LOUSIANA AVE

HOUSTON, TX 77002
UNITED STATES US

SHIP DATE: 01OCT24
ACTWGT: 2.35 LB
CAD: 6755274/SSF02541

BILL CREDIT CARD

TO  RHODE ISLAND SHERIFF CIVIL
DEVISION
670 NEW LONDON AVE

CRANSTON RI 02920

(401) 276-2900        REF:

PO:          DEPT:

FedEx
Express

E

TRK# 2801 0137 0040
0201

WED – 02 OCT 10:30A
PRIORITY OVERNIGHT

XE PVDA

02920
PVD
RI-US

Reusa

Align bottom of peel-and-stick a

EXHIBIT II.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Providence, RI 02903

OFFICIAL USE

| Certified Mail Fee | $4.35 |
| --- | --- |
| $ | $3.55 |

0048
26

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage    $15.60
$

Total Postage and Fees
$23.50
$

Postmark Here

DEC 22 2023

12/22/2023

RIVER OAKS STATION

Sent To  RHODE ISLAND JUDICIARY

Street and Apt. No., or PO Box No.
LICHT JUDICIAL COMPLEX 250 BENEFIT ST.

City, State, ZIP+4®
PROVIDENCE, RI 02903

9589 0710 5270 1013 5338 41

PS Form 3800, January 2023 PSN 7530-02-000-9047    **See Reverse for Instructions**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE, RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from...)

9589 0710 5270 1013 5338 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
12-86 2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CORLISS PARK STATION
DEC 26 2023
PROVIDENCE, RI 029

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ...on Delivery Restricted Delivery
☐ ...Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Providence, RI 02903

OFFICIAL USE

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

0040
04

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $15.60

$

01/17/2024

**Total Postage and Fees**
$23.50

$

Sent To RHODE ISLAND OFFICE OF ATTORNEY GENERAL

Street and Apt. No., or PO Box No. 150 ~~BENEFIT ST~~ S. MAIN ST.

City, State, ZIP+4® PROVDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1126 3514 79



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Providence, RI 02903

OFFICIAL USE

Certified Mail Fee $4.35

$ $3.55

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $15.60

$

Total Postage and Fees $23.50

$

Postmark Here

0048
26

JAN - 3 2024

01/04/2024

Sent To  RHODE ISLAND OFFICE OF ATTORNEY GENERAL

Street and Apt. No., or PO Box No.  150 SOUTH MAIN ST.

City, State, ZIP+4®  PROVIDENCE, RI 02903

7021 0270 5270 1013 5376 8969

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ _____

☐ Return Receipt (electronic) $ _____

☐ Certified Mail Restricted Delivery $ _____

☐ Adult Signature Required $ _____

☐ Adult Signature Restricted Delivery $ _____

Postage

$

**Total Postage and Fees**

$

*Sent To* RI OFFICE OF ATTORNEY GENERAL

*Street and Apt. No., or PO Box No.* 150 SOUTH MAIN ST

*City, State, ZIP+4®* PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047 **See Reverse for Instructions**

RIVER OAKS STATION
FEB 21 2024
Postmark
Here
HOUSTON, TX 77019

9589 0710 5270 1013 0831 17

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## *Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

Providence, RI 02903

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.40 | |

$0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)     $ _$2.52_
- ☐ Return Receipt (electronic)    $ _$0.00_
- ☐ Certified Mail Restricted Delivery   $ _$0.00_
- ☐ Adult Signature Required     $ _$0.00_
- ☐ Adult Signature Restricted Delivery $ _

**Postmark
Here**

| Postage | | |
|---|---|---|
| $ | $16.40 | |

02/23/2024

**Total Postage and Fees**
$ $23.12

0026
10

Sent To **RI OFFICE OF ATTORNEY GENERAL**

Street and Apt. No., or PO Box No. **150 SOUTH MAIN ST.**

City, State, ZIP+4® **PROVIDENCE, RI 02903**

**PS Form 3800, January 2023** PSN 7530-02-000-9047    **See Reverse for Instructions**

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Providence, RI 02903

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $15.60
$

Total Postage and Fees
$23.50
$

Postmark Here

RIVER OAKS 0048 26
DEC 22 2023
HOUSTON, TX 77019
12/22/2023

Sent To R.I. OFFICE OF CHILD SUPPORT SERVICE

Street and Apt. No., or PO Box No. 77 DORRANCE ST.

City, State, ZIP+4® PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

7072 5338 1013 5270 0710 9589

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Cranston, RI 02920

OFFICIAL USE

Certified Mail Fee

$4.35

$ _____  $3.55

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)       $ _____ $0.00
☐ Return Receipt (electronic)     $ _____ $0.00
☐ Certified Mail Restricted Delivery $ _____ $0.00
☐ Adult Signature Required        $ _____ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage

$15.60

$ _____

**Total Postage and Fees**

$23.50

$ _____

0048
26

RIVER OAKS STATION
Postmark
Here
DEC 22 2023
HOUSTON
12/22/2023
TX 770

Sent To **RI DEPARTMENT OF HUMAN SERVICES**

Street and Apt. No., or PO Box No. **25 HOWARD AVE. BUILDING 57**

City, State, ZIP+4® **CRANSTON, RI 02920**

PS Form 3800 January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1013 5338 65

From: **auto-reply@usps.com**
Subject: **USPS Return Receipt (Electronic) Info for
9589071052701197574760**
Date: **Mar 1, 2024 at 4:10:14 PM**
To: **maryseguin22022@gmail.com**



Tracking #: **9589071052701197574760**

Hello Mary Seguin,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter
for your shipment.**

Tracking #:  9589071052701197574760

Service Type:  Priority Mail®

Attachment:  Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal
Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe
Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat
Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit
USPS Tracking FAQs.

_____

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to
28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard
Message and Data Rates may apply. For more information, visit USPS Text Tracking.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 1, 2024, 10:36 am |
| **Location:** | WARWICK, RI 02888 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 303 JEFFERSON BLVD |
| **City, State ZIP Code:** | WARWICK, RI 02888-3845 |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    Customer Information    February 13, 2024

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 65

This Item was delivered on 12/26/2023 at 11:08:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    v    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34

 **UNITED STATES POSTAL SERVICE**

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old – the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

A. __ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

☐ If your office has intranet access, use the Intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

B. __ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | | Postmark |
|---|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:<br><br>■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.<br>■ Submits this request within 90 days from the date on the mailing receipt.<br><br>Accepting Office City/State/ZIP Code™: | |

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

| | **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|---|
| | ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number<br>9590 9402 8638 3244 5327 03 |
| | ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy)<br>12/22/2023 |

| | **B. ARTICLE ADDRESSED TO** | **D. CUSTOMER** |
|---|---|---|
| **SECTION 2** | Addressee Name<br>R.I. Department of Human Services | Customer Name<br>Mary Seguin |
| | Addressee Address<br>25 HOWARD AVE., BLDG 57 | Customer Address<br> |
| | (No., street, apt./ste. no.)<br>CRANSTON, RI 02920 | (No., street, apt./ste. no.)<br>Houston, TX 77019 |
| | (City, state, ZIP Code) | (City, state, ZIP Code)<br>E-mail address (Complete ONLY if an electronic inquiry)<br>maryseguin22022@gmail.com |

| | For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|---|
| **SECTION 3** | Postal Service™ records show no delivery information because:<br><br>☐ Record not found<br>☐ Forwarded (date _____)<br>☐ Returned (date _____) | Delivery Address (if different from address in section 2B)<br><br>Delivery Date | |

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

set up customer service

Case # 6066144


**UNITED STATES POSTAL SERVICE ®**

**Request for Delivery Information/
Return Receipt**

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. **Internal Use Only.** Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

    A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

    ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

    ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

    If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

    B.___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

| | **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|---|
| | | | USPS Tracking Number |
| | ☑ Certified Mail™ | ☐ Priority Mail Express® | 9590 9402 8638 3244 5313 24 |
| | ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy) |
| | | | 01/04/2024 |

**SECTION 2**

| **B. ARTICLE ADDRESSED TO** | **D. CUSTOMER** |
|---|---|
| Addressee Name | Customer Name |
| Rhode Island Office of Attorney General | Mary Seguin |
| Addressee Address | Customer Address |
| 150 SOUTHMAIN ST. | 3302 Firmen St |
| (No., street, apt./ste. no.) | (No., street, apt./ste. no.) |
| PROVIDENCE, RI 02903 | Houston, TX 77019 |
| (City, state, ZIP Code) | (City, state, ZIP Code) |
| | E-mail address (Complete ONLY if an electronic inquiry) |
| | maryseguin22022@gmail.com |

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: | | |
| ☐ Record not found | Delivery Address (If different from address in section 2B) | |
| ☐ Forwarded (date _____) | Delivery Date | |
| ☐ Returned (date _____) | | |

PS Form **3811-A**, April 2015 PSN 7630-02-000-9054

Help

UNITED STATES
POSTAL SERVICE ®

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/ Commitments    PTR / EDW    Customer Information    February 13, 2024

## USPS Tracking Intranet
## Delivery Signature and Address

**Tracking Number: 9589 0710 5270 1013 5376 89**

**This item was delivered on 01/08/2024 at 11:26:00**

< Return to Tracking Number View

| | |
|---|---|
| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ⌄    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES**
**POSTAL SERVICE ®**

**Request for Delivery Information/**
**Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B.___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual,* Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.

- Submits this request within 90 days from the date on the mailing receipt.

Accepting Office City/State/ZIP Code™:

Postmark

Comicg
2/1/24

---

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8655 3244 4642 92

Mailing Date (mm/dd/yy)
01/17/2024

**B. ARTICLE ADDRESSED TO**

Addressee Name
Rhode Island Office of Attorney General

Addressee Address
150 SOUTH MAIN ST.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address
~~1503 Simon St.~~

(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____)

☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

---

PS Form **3811-A,** April 2015 PSN 7630-02-000-9054

# Product Tracking & Reporting

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1126 3514 79

This item was delivered on 01/24/2024 at 12:03:00

< Return to Tracking Number View



Signature

Address

Enter up to 35 items separated by commas.

Select Search Type:     Quick Search  ⌄        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES POSTAL SERVICE.**

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use
### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B.___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual, Section 619 for full listing*), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office – Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | |
|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:<br><br>■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.<br><br>■ Submits this request within 90 days from the date on the mailing receipt.<br><br>Accepting Office City/State/ZIP Code™: | Postmark |

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

| **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|
| ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number<br>9590 9402 8638 3244 5327 10 |
| ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy)<br>12/22/2023 |

**B. ARTICLE ADDRESSED TO**

Addressee Name
R.I. Office of Child Support Services

Addressee Address
77 Dorrance St.

*(No., street, apt./ste. no.)*
PROVIDENCE, RI 02903

*(City, state, ZIP Code)*

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

*(No., street, apt./ste. no.)*
Houston, TX 77019

*(City, state, ZIP Code)*
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

| | | | |
|---|---|---|---|
| **For Accepting or Delivery Office Use Only** | Delivered to the following individual, company or organization | | Delivery Office Postmark |
| Postal Service™ records show no delivery information because: | Delivery Address (if different from address in section 2B) | | |
| ☐ Record not found | | | |
| ☐ Forwarded (date _____ ) | Delivery Date | | |
| ☐ Returned (date _____ ) | | | |

*(left margin: SECTION 2, SECTION 3)*

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

Help

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | February 13, 2024 |

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 72

**This item was delivered on 12/26/2023 at 12:20:00**

< Return to Tracking Number View

| | |
|---|---|
| Signature |  |
| Address | **77 DORRANCE ST, PROVIDENCE, RI 02903** |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ▼   | Submit |

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



*handwritten:* Set up Customer Service case # 6066 1772

**UNITED STATES POSTAL SERVICE**

**Request for Delivery Information/ Return Receipt**

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   **A.** If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   **B.** If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | | Postmark |
|---|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements: ■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing. ■ Submits this request within 90 days from the date on the mailing receipt. Accepting Office City/State/ZIP Code™: | |

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

| | **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|---|
| **SECTION 2** | ☑ Certified Mail™ ☐ Collect on Delivery | ☐ Priority Mail Express® ☐ Registered Mail™ | USPS Tracking Number 9590 9402 8655 3244 4643 15 Mailing Date (mm/dd/yy) 01/17/2024 |

| | **B. ARTICLE ADDRESSED TO** | **D. CUSTOMER** |
|---|---|---|
| **SECTION 2** | Addressee Name GERO MEYERSIEK    J. ACHILLES | Customer Name Mary Seguin |
| | Addressee Address BURNS LEVINSON | Customer Address |
| | (No., street, apt./ste. no.) ONE CITIZENS PLAZA STE 1100 | (No., street, apt./ste. no.) Houston, TX 77019 |
| | (City, state, ZIP Code) PROVIDENCE, RI 02903 | (City, state, ZIP Code) E-mail address (Complete ONLY if an electronic inquiry) maryseguin22022@gmail.com |

| | For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|---|
| **SECTION 3** | Postal Service™ records show no delivery information because: ☐ Record not found ☐ Forwarded (date ___ ) ☐ Returned (date ___ ) | Delivery Address (if different from address in section 2B) Delivery Date | |

PS Form **3811-A**, April 2015 PSN 7630-02-000-9054

# USPS Tracking®

FAQs >

✕

Your item was delivered to the front desk, reception area, or mail room at 12:49 pm on January 24, 2024 in PROVIDENCE, RI 02903.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

PROVIDENCE, RI 02903
January 24, 2024, 12:49 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates ⌄

---

## USPS Tracking Plus® ⌄

---

## Product Information ⌄

EXHIBIT III.

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

Providence, RI 02903

OFFICIAL USE

| Certified Mail Fee | $4.35 |
| --- | --- |
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ ___ $0.00
- ☐ Return Receipt (electronic)   $ ___ $0.00
- ☐ Certified Mail Restricted Delivery   $ ___ $0.00
- ☐ Adult Signature Required   $ ___ $0.00
- ☐ Adult Signature Restricted Delivery $ ___

| Postage | $15.60 |
| --- | --- |
| $ | |

Total Postage and Fees
$23.50

Postmark Here

0048
26

DEC 22 2023

RIVER OAKS STATION
HOUSTON, TX 77019

12/22/2023

**Sent To** GERO MEYERSIEK

**Street and Apt. No., or PO Box No.** 86 ELTON ST.

**City, State, ZIP+4®** PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1013 5337 42

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

Providence, RI 02903

OFFICIAL USE

| Certified Mail Fee | $4.35 | 0040 |
| $ | $3.55 | 04 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ $15.60

**Total Postage and Fees**
$ $23.50

01/17/2024

Sent To GERO MEYERSIEK, BURNS LEVINSON

Street and Apt. No., or PO Box No. ONE CITIZENS PLAZA, STE 1100

City, State, ZIP+4® PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1126 3514 62

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Providence, RI 02903

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ $4.40 | |

0048
2

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00 $2.32
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ $16.40

Total Postage and Fees
$ $23.12

Postmark: HOUSTON TX 77019 RIVER OAKS STATION FEB 21 2024

02/21/2024

Sent To GERO MEYERSIEK, J. ACHILLES

Street and Apt. No., or PO Box No. ONE CITIZENS PLAZA, STE 1100

City, State, ZIP+4® PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1013 0831 48

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

Providence, RI 02903

| | |
|---|---|
| Certified Mail Fee $ **$4.40** | 0026 |
| | 10 |

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy) $ **$0.00**
☐ Return Receipt (electronic) $ **$7.32**
☐ Certified Mail Restricted Delivery $ **$0.00**
☐ Adult Signature Required $ **$0.00**
☐ Adult Signature Restricted Delivery $ **$0.00**

Postmark
Here

FEB 23 2024

Postage $ **$16.40**

Total Postage and Fees $ **$23.12**

02/23/2024

Sent To **GERO MEYERSIEK, J. ACHILLES, BURNS LEVINSON**

Street and Apt. No., or PO Box No. **ONE CITIZENS PLAZA, STE 1100**

City, State, ZIP+4® **PROVIDENCE, RI 02903**

PS Form 3800, January 2023 PSN 7530-02-000-9047 **See Reverse for Instructions**

00 1E80 0810 5570 0710 9589

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*®.

Providence, RI 02908

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee **$4.35** | 0048 |
| $ **$3.55** | 26 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ **$0.00** | |
| ☐ Return Receipt (electronic) $ **$0.00** | Postmark |
| ☐ Certified Mail Restricted Delivery $ **$0.00** | Here |
| ☐ Adult Signature Required $ **$0.00** | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage **$15.60** | |
| $ | 01/04/2024 |
| Total Postage and Fees **$23.50** | |

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  975 SMITH ST

City, State, ZIP+4®  PROVIDENCE, RI 02908

PS Form 3800, January 2023 PSN 7530-02-000-9047   **See Reverse for Instructions**

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Providence, RI 02903

OFFICIAL USE

Certified Mail Fee  **$4.40**

$ **$3.65**

0048
2

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)  $ **$0.00**

☐ Return Receipt (electronic)  $ **$0.00**

☐ Certified Mail Restricted Delivery  $ **$0.00**

☐ Adult Signature Required  $ **$0.00**

☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage  **$16.40**

$

Total Postage and Fees

$ **$24.45**

02/21/2024

Sent To  **BARBARA GRADY**

Street and Apt. No., or PO Box No.  **975 SMITH ST.**

City, State, ZIP+4®  **PROVIDENCE, RI 02908**

PS Form 3800, January 2023 PSN 7530-02-000-9047  **See Reverse for Instructions**

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.com®.**

Saunderstown, RI 02874

| | |
|---|---|
| Certified Mail Fee $ $4.40 | 0026 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $2.37 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $16.40 | |
| Total Postage and Fees $ $23.12 | 02/26/2024 |

Sent To **BARBARA GRADY**

Street and Apt. No., or PO Box No. **19 RIPTIDE DR.**

City, State, ZIP+4® **SAUNDERSTOWN, RI 02874**

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Providence, RI 02908

| | | |
|---|---|---|
| Certified Mail Fee | | 0026 |
| $ $4.40 | | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $2.32 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | |
| Postage | | |
| $ $16.40 | | |
| Total Postage and Fees | | 02/23/2024 |
| $23.12 | | |

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  975 SMITH ST

City, State, ZIP+4®  PROVIDENCE, RI 02908

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

Warwick, RI 02888

Certified Mail Fee

$ $4.40

0026
10

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) $ $2.32
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage

$ $16.40

Total Postage and Fees

$23.12

02/26/2024

Sent To BARBARA GRADY

Street and Apt. No., or PO Box No. 303 JEFFERSON BLVD

City, State, ZIP+4® WARWICK, RI 02888

9589 0710 5270 1197 5747 60



**UNITED STATES POSTAL SERVICE.**

UNIVERSITY
1319 RICHMOND AVE
HOUSTON, TX 77006-9998
(800)275-8777

02/23/2024                              11:33 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $16.40 |

Providence, RI 02908
Weight: 1 lb 3.90 oz
Expected Delivery Date
Mon 02/26/2024

Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1197 5746 30
e-Return Receipt                         $2.32
Total                                   $23.12

Priority Mail®        1                  $16.40
Providence, RI 02903
Weight: 1 lb 1.50 oz
Expected Delivery Date
Mon 02/26/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1013 0830 94
e-Return Receipt                         $2.32
Total                                   $23.12

Priority Mail®        1                  $16.40
Providence, RI 02903
Weight: 1 lb 3.90 oz
Expected Delivery Date
Mon 02/26/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1013 0831 00
e-Return Receipt                         $2.32
Total                                   $23.12

Grand Total:                             $69.36

---

All sales final on stamps and postage
Thank you for your business

USPS Copy



**UNITED STATES POSTAL SERVICE.**

RIVER OAKS
1900 W GRAY ST
HOUSTON, TX 77019-9998
(800)275-8777

02/21/2024                              04:03 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $16.40 |

Providence, RI 02908
Weight: 1 lb 0.90 oz
Expected Delivery Date
Fri 02/23/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
e-Return Receipt                         $2.32
Total                                   $23.12

Priority Mail®        1                  $16.40
Providence, RI 02903
Weight: 1 lb 0.80 oz
Expected Delivery Date
Fri 02/23/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1013 0831 48
e-Return Receipt                         $2.32
Total                                   $23.12

Priority Mail®        1                  $16.40
Providence, RI 02903
Weight: 1 lb 1.20 oz
Expected Delivery Date
Fri 02/23/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
e-Return Receipt                         $2.32
Total                                   $23.12

Grand Total:                             $69.36

---

**UNITED STATES POSTAL SERVICE.**

UNIVERSITY
1319 RICHMOND AVE
HOUSTON, TX 77006-9998
(800)275-8777

02/26/2024                              01:54 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $16.40 |

Warwick, RI 02888
Weight: 1 lb 0.70 oz
Expected Delivery Date
Wed 02/28/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1197 5747 60
e-Return Receipt                         $2.32
Total                                   $23.12

Priority Mail®        1                  $16.40
Saunderstown, RI 02874
Weight: 1 lb 0.60 oz
Expected Delivery Date
Wed 02/28/2024
Insurance                                $0.00
Up to $100.00 included
Certified Mail®                          $4.40
Tracking #:
9589 0710 5270 1197 5746 47
e-Return Receipt                         $2.32
Total                                   $23.12

Grand Total:                             $46.24



From: **auto-reply@usps.com**
Subject: **USPS Return Receipt (Electronic) Info for 9589071052701197574760**
Date: **Mar 1, 2024 at 4:10:14 PM**
To: **maryseguin22022@gmail.com**



---

Tracking #: **9589071052701197574760**

---

Hello Mary Seguin,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #: 9589071052701197574760

Service Type: Priority Mail®

Attachment: Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

---

### Want to Track on the Go?

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

**Item Details**

| | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | March 1, 2024, 10:36 am |
| Location: | WARWICK, RI 02888 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Shipment Details**

| | |
|---|---|
| Weight: | 1lb, 1.0oz |

**Destination Delivery Address**

| | |
|---|---|
| Street Address: | 303 JEFFERSON BLVD |
| City, State ZIP Code: | WARWICK, RI 02888-3845 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

USPS Tracking Intranet

# Product Tracking & Reporting

Home        Search       Reports       Manual Entry    Rates/          PTR / EDW       Customer        February 13, 2024
                                                        Commitments                     Information

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 65

This Item was delivered on 12/26/2023 at 11:08:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    ⌄       Submit

Product Tracking & Reporting. All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34

 **UNITED STATES POSTAL SERVICE.**

# Request for Delivery Information/ Return Receipt

*Note:* This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

B. If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| SECTION 1 | |
|---|---|
| Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:<br><br>■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.<br>■ Submits this request within 90 days from the date on the mailing receipt.<br><br>Accepting Office City/State/ZIP Code™: | Postmark |

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

| | **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|---|
| | ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number<br>9590 9402 8638 3244 5327 03 |
| | ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy)<br>12/22/2023 |

| SECTION 2 | **B. ARTICLE ADDRESSED TO** | **D. CUSTOMER** |
|---|---|---|
| | Addressee Name<br>R.I. Department of Human Services | Customer Name<br>Mary Seguin |
| | Addressee Address<br>25 HOWARD AVE., BLDG 57 | Customer Address |
| | (No., street, apt./ste. no.)<br>CRANSTON, RI 02920 | (No., street, apt./ste. no.)<br>Houston, TX 77019 |
| | (City, state, ZIP Code) | (City, state, ZIP Code)<br>E-mail address (Complete ONLY if an electronic inquiry)<br>maryseguin22022@gmail.com |

| SECTION 3 | For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|---|
| | Postal Service™ records show no delivery information because: | Delivery Address (if different from address in section 2B) | |
| | ☐ Record not found | | |
| | ☐ Forwarded (date _____ ) | Delivery Date | |
| | ☐ Returned (date _____ ) | | |

PS Form **3811-A,** April 2015 PSN 7530-02-000-9054

set up customer account

Case # 6066 2144


**UNITED STATES POSTAL SERVICE ®**

**Request for Delivery Information/ Return Receipt**

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. **Internal Use Only.** Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B.___ If the item was mailed to an office using manual record management (refer to **Postal Operations Manual**, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.

■ Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

**SECTION 2**

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number 9590 9402 8638 3244 5313 24 |
| ☐ Collect on Delivery | ☐ Registered Mail™ | Mailing Date (mm/dd/yy) 01/04/2024 |

**B. ARTICLE ADDRESSED TO**

Addressee Name
Rhode Island Office of Attorney General

Addressee Address
150 SOUTHMAIN ST.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address
3002 Ermen St

(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: | Delivery Address (if different from address in section 2B) | |
| ☐ Record not found | | |
| ☐ Forwarded (date _____) | Delivery Date | |
| ☐ Returned (date _____) | | |

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

Help

UNITED STATES
POSTAL SERVICE®

# Product Tracking & Reporting

Home        Search        Reports        Manual Entry        Rates/
Commitments        PTR / EDW        Customer
Information        February 13, 2024

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 9589 0710 5270 1013 5376 89**

**This item was delivered on 01/08/2024 at 11:26:00**

< Return to Tracking Number View

| Signature | |
|---|---|
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:        Quick Search   ▾        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES**
**POSTAL SERVICE ®**

**Request for Delivery Information/**
**Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer.
It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A. __ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

      ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

      ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

      If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. __ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | | |
|---|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:<br><br>■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.<br><br>■ Submits this request within 90 days from the date on the mailing receipt.<br><br>Accepting Office City/State/ZIP Code™: | Postmark<br><br>*Comicy*<br>*2/1/24* |

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

**SECTION 2**

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☑ Certified Mail™ ☐ Priority Mail Express® <br> ☐ Collect on Delivery ☐ Registered Mail™ | | USPS Tracking Number <br> 9590 9402 8655 3244 4642 92 <br> Mailing Date (mm/dd/yy) <br> 01/17/2024 |

| B. ARTICLE ADDRESSED TO | D. CUSTOMER |
|---|---|
| Addressee Name <br> Rhode Island Office of Attorney General | Customer Name <br> Mary Seguin |
| Addressee Address <br> 150 SOUTH MAIN ST. | Customer Address <br> ~~Simon St.~~ |
| (No., street, apt./ste. no.) <br> PROVIDENCE, RI 02903 | (No., street, apt./ste. no.) <br> Houston, TX 77019 |
| (City, state, ZIP Code) | (City, state, ZIP Code) <br> E-mail address (Complete ONLY if an electronic inquiry) <br> maryseguin22022@gmail.com |

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: <br><br> ☐ Record not found <br> ☐ Forwarded (date _____) <br> ☐ Returned (date _____) | Delivery Address (if different from address in section 2B) <br><br> Delivery Date | |

PS Form **3811-A**, April 2015 PSN 7630-02-000-9054

# Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    Customer Information    February 13, 2024

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1126 3514 79

This item was delivered on 01/24/2024 at 12:03:00

< Return to Tracking Number View



| | |
|---|---|
| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES POSTAL SERVICE®**

# Request for Delivery Information/
# Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B.___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual, Section 619 for full listing*), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.

- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

**SECTION 2**

| A. TYPE OF SERVICE | | C. ARTICLE INFORMATION |
|---|---|---|
| ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number |
| ☐ Collect on Delivery | ☐ Registered Mail™ | 9590 9402 8638 3244 5327 10 |
| | | Mailing Date (mm/dd/yy) |
| | | 12/22/2023 |

**B. ARTICLE ADDRESSED TO**

Addressee Name
R.I. Office of Child Support Services

Addressee Address
77 Dorrance St.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: | | |
| ☐ Record not found | Delivery Address (if different from address in section 2B) | |
| ☐ Forwarded (date _____) | Delivery Date | |
| ☐ Returned (date _____) | | |

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | Customer Information | February 13, 2024 |

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 72

This item was delivered on 12/26/2023 at 12:20:00

< Return to Tracking Number View

| Signature | |
| --- | --- |
| | **77 DORRANCE ST, PROVIDENCE, RI 02903** |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



*(handwritten)* Set up Customer Service
case # 6066
1772

**UNITED STATES POSTAL SERVICE.**

**Request for Delivery Information/**
**Return Receipt**

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old -- the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   **A.** If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   **B.** If the item was mailed to an office using manual record management (refer to *Postal Operations Manual,* Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

| Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements: | Postmark |
|---|---|
| ■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing. | |
| ■ Submits this request within 90 days from the date on the mailing receipt. | |

Accepting Office City/State/ZIP Code™:

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

**SECTION 2**

| **A. TYPE OF SERVICE** | | **C. ARTICLE INFORMATION** |
|---|---|---|
| ☑ Certified Mail™ | ☐ Priority Mail Express® | USPS Tracking Number |
| ☐ Collect on Delivery | ☐ Registered Mail™ | 9590 9402 8655 3244 4643 15 |
| | | Mailing Date (mm/dd/yy) |
| | | 01/17/2024 |

| **B. ARTICLE ADDRESSED TO** | **D. CUSTOMER** |
|---|---|
| Addressee Name | Customer Name |
| GERO MEYERSIEK    J. ACHILLES | Mary Seguin |
| Addressee Address | Customer Address |
| BURNS LEVINSON | |
| *(No., street, apt./ste. no.)* | *(No., street, apt./ste. no.)* |
| ONE CITIZENS PLAZA STE 1100 | Houston, TX 77019 |
| *(City, state, ZIP Code)* | *(City, state, ZIP Code)* |
| PROVIDENCE, RI 02903 | E-mail address (Complete ONLY if an electronic inquiry) |
| | maryseguin22022@gmail.com |

**SECTION 3**

| For Accepting or Delivery Office Use Only | Delivered to the following individual, company or organization | Delivery Office Postmark |
|---|---|---|
| Postal Service™ records show no delivery information because: | Delivery Address (if different from address in section 2B) | |
| ☐ Record not found | | |
| ☐ Forwarded (date _____) | Delivery Date | |
| ☐ Returned (date _____) | | |

PS Form **3811-A,** April 2015 PSN 7690-02-000-9054

# USPS Tracking®

✕

Your item was delivered to the front desk, reception area, or mail room at 12:49 pm on January 24, 2024 in PROVIDENCE, RI 02903.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

PROVIDENCE, RI 02903
January 24, 2024, 12:49 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌄