UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                                 Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC., *et al*,
*Defendants*

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Before the Court filed on October 3, 2024 is Plaintiff Mary Seguin's Motion for Extension of Time to Serve Summons and Complaint, requesting extension to November 15, 2024.  Upon consideration, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time is **GRANTED**, and the time to serve the Summons and Complaint is extended to November 15, 2024.   Entry of Order is to follow.

The Clerk is hereby directed to enter this Order and to provide copies to counsel and to Pro Se Plaintiff.

**DATED** _____ at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge