UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

**OCT 0 3 2024**

Nathan Ochsner, Clerk of Court

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.

Civil Action No. 4:23-cv-04562

TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK; BARBARA GRADY;
RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL
D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE
ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS,
TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA
GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities;
RHODE ISLAND JUDICIARY in its official capacity; PAUL A. SUTTELL in his individual
and official capacity as EXECUTIVE HEAD OF RHODE ISLAND JUDICIARY; RHODE
ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE
ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity;
RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR
COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL
in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity;
JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their
individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN
GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their
official and individual capacities;
*Defendants*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS UNDER
Fed. R. Civ. P 4(e) AND Texas Rules of Civil Procedure 106**

Plaintiff, MARY SEGUIN, hereby respectfully moves, under Fed. R. Civ. P 4(e) and

Texas Rules of Civil Procedure 106, an extension of time to serve the Summons and Complaint

to November 15, 2024.

In support of Plaintiff's motion for extension of time, Plaintiff states under 28 U.S.C. sec. 1746, the follows:

1. Plaintiff filed a motion for CM/ECF Login (ECF 2) in December 2023. The Court by way of court order granted Plaintiff's CM/Login motion on September 20, 2024 (ECF 20). Since until the Court's grant of CM/ECF Login permission, Plaintiff was not electronically noticed of any docket activity, Plaintiff was *not* electronically noticed on September 20, 2024, the date of the Court's Order (ECF 20).

2. Plaintiff only received notice of the Court's September 20, 2024 Order (ECF 20) on September 30, 2024.

3. The Court moreover ordered on September 20, 2024 to effectuate service of the summons and complaint in 14 days. Since Plaintiff only received notice of the Court Order on September 30, 2024, Plaintiff has only 4 days to comply.

4. Nevertheless, Plaintiff made every diligent effort as soon as Plaintiff received notice of the Court's Order on September 30, 2024, and within 3 hours sent via Overnight FedEx to the Sheriff of Rhode Island to effectuate the service of summons and complaint on September 30, 2024.

5. FedEx tracking states that delivery of the summons and complaints to the Sheriff of Rhode Island took place at 8:48 A.M. on October 2, 2024. Plaintiff proffers proof of FedEx tracking delivery attached in Exhibit I. Plaintiff diligently followed up with phone calls to the Sheriff of Rhode Island at (401) 275-2900, but the phone calls go straight to voicemail.

6. Attached to Plaintiff's Motions for Default Judgment were proof of Plaintiff's initial first attempts to effectuate service on the defendants. (ECF 7, 8, 10, 11). However, *in addition to*

the aforesaid initial first attempts to effectuate service on the defendants, Plaintiff made several

subsequent attempts under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2) to

all defendants by "mailing to the defendant by registered or certified mail, return receipt

requested, a true copy of the citation with a copy and of the petition attached thereto."

## I. Two Categories of Named Defendants: State Actors and Private Actors

7. The named defendants in the above-captioned matter can be distilled into two groups:

(1) Rhode Island State Government Actors

(2) Private Actors

With the exception of the named Defendant Gero Meyersiek and his attorney, named Defendant

Barbara Grady, all other named defendants are Rhode Island State Government Actors.

### A. FOUR Attempted Service Under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2) Upon the *Rhode Island Attorney General*

8. Under the Texas Long Arm Statute, Plaintiff brings this legal action for monetary

damages for breach of contract, tort, §1983 and Civil RICO claims.  Plaintiff moreover brings

this legal action for monetary damages under the Rhode Island Government Tort Liability Act.

*See*, Rhode Island General Laws § 9-31-1 *et seq*.   Rhode Island General Laws  § 9-31-7 States,

"Attorney for service. In any action pursuant to this chapter against the state of Rhode Island, the

attorney general is hereby designated as attorney for service for the state in the action."

9. Accordingly, under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2),

Plaintiff mailed via U.S. Certified Mail Return Receipt Requested to the Rhode Island Attorney

General at his *official* Office located at 150 South Main Street, Providence, RI 02903 a total of

*four* times. *See* Proof of certified mail receipts and return receipt requested signature proof

provided by the United States Postal Service in Exhibit II.  The dates of effectuation of service at the official Office of the Rhode Island Attorney General in Rhode Island are as follows:

(1) January 4, 2024

(2) January 17, 2024

(3) February 21, 2024

(4) February 23, 2024

Each four times includes return receipt requested both physical green receipt or electronic return receipt service by the United States Postal Service. (*See* postal receipts Exhibit II).  Moreover, Plaintiff additionally effectuated service via U.S. Certified Mail Return Receipt Requested individually to the following named Defendants: (1) Rhode Island Department of Human Services (December 22, 2023) at the agency's official Office of business at 25 Howard venue, Building 57, Cranston, RI  02920 (return receipt requested signed by agency staff located at the agency's *official* Office of business); (2) Rhode Island Office of Child Support Services (December 22, 2023) at the agency's official Office of business at 77 Dorrance Street, Providence, RI  02903  (return receipt requested signed by agency staff located at the agency's *official* Office of business); (3) Rhode Island Judiciary (December 22, 2023) at the political subdivision's official Office of business at Licht Judicial Complex, 250 Benefit Street, Providence, RI  02903  (return receipt requested signed by political subdivision's staff located at the political subdivision's *official* Office of business).

9. The staff who are authorized to sign the United States Postal Service Certified Mail Return Receipt Requested Green Card at the *official* Office of the Attorney General of Rhode Island located at 150 South Main Street are authorized agents of the Office of Attorney General,

itself a named defendant. Under the law, no unauthorized agent should be signing U.S. Certified Mail Return Receipt Requested parcels addressed to the Attorney General of Rhode Island. The unlawful signing of U.S. Certified Mail Return Receipt Requested by unauthorized agents at the Office of Attorney General would, among others, thwart the lawful intent of Fed. R. Civ. P 4(e).

10. Moreover, after receiving FOUR TIMES via U.S. Certified Mail *and signed* Return Receipt Requested of the Summons and Complaint, the Office of the Attorney General of Rhode Island has adequate due process notice of this pending legal action in Texas. The Office of the Attorney General is moreover a named defendant. **Therefore, Plaintiff demonstrates to the Court that either the named State Actors defendants and/or the Attorney General of Rhode Island and/or the Office of Attorney General are evading process or have long defaulted.**

11. Notwithstanding the above, in compliance with the Court's Order dated September 20, 2024, Plaintiff has for the *fifth* time attempted to serve the Attorney General of Rhode Island and the Office of the Attorney General at his *official* Office located at 150 South Main Street in Providence, RI 02903, through the Sheriff of Rhode Island.

**B. Private Actors (GERO MEYERSIEK and BARBARA GRADY): NINE Attempted Service Under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2)**

12. Similarly, under Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2), Plaintiff mailed via U.S. Certified Mail Return Receipt Requested directly to Gero Meyersiek at his home address located at 86 Elton Street, Providence, RI 02906 and to his agents, his attorney Barbara Grady (also a named defendant) and his attorney Joanna Achille, a total of nine times, see proof in Exhibit III on the following dates:

Addressed to Gero Meyersiek:

(1) December 22, 2023

(2) January 17, 2024

(3) February 21, 2024

(4) February 24, 2024

Addressed to Meyersiek's agent and named defendant Barbara Grady:

(1) January 4, 2024

(2) February 21, 2024

(3) February 23, 2024

(4) February 26, 2024

(5) February 26, 2024

Totals 9 times attempted service via U.S. Certified Mail Return Receipt Requested, under **Fed. R. Civ. P 4(e) and Texas Rules of Civil Procedure 106(a)(2)** *see* **proof of U.S. Mail Documentation in Exhibit III.**

13. Defendant Barbara Grady, Esq., is the lawyer of Defendant Gero Meyersiek. Defendant Gero Meyersiek has another private lawyer, Joanna Achille (not a named defendant). The staff and/or adult resident persons at each Law Office location or personal residential location who are authorized to sign the United States Postal Service Certified Mail Return Receipt Requested Green Card at the *official* Law Office are authorized agents of Defendant Gero Meyersiek, and/or Defendant Barbara Grady and her client, Defendant Gero Meyersiek. At Gero Meyersiek's lawyers' Offices of Law, no unauthorized agent should be signing U.S. Certified Mail Return Receipt Requested parcels addressed to the Law Firms' Partner (Barbara

Grady or J. Achille).  The unlawful signing of U.S. Certified Mail Return Receipt Requested by unauthorized agents at the Offices of Law would, among others, thwart the lawful intent of Fed. R. Civ. P 4(e).

14. Moreover, after receiving <u>NINE TIMES</u> via U.S. Certified Mail *and signed* Return Receipt Requested of the Summons and Complaint, Defendant Gero Meyersiek and Defendant Barbara Grady (also attorney/agent of Gero Meyersiek) have adequate due process notice of this pending legal action in Texas.  **Therefore, Plaintiff demonstrates to the Court that either the named private defendants are evading process or have long defaulted.**

15. Notwithstanding the above, in compliance with the Court's Order dated September 20, 2024, Plaintiff has for the *tenth* time attempted to serve defendants Gero Meyersiek and Barbara Grady, through the Sheriff of Rhode Island on September 30, 2024, upon receiving notice of this Court's Order.

### PRAYER
WHEREFORE, Plaintiff prays that this Court enter an Order to extend time to serve the Summons and Complaint to November 15, 2024.

### AFFIDAVIT
I, MARY SEGUIN, do hereby certify that the statements and allegations set forth in the foregoing Motion is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

October 3, 2024

FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: _____
Mary Seguin

P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2024, I filed the within Motion with the

Clerk of the Court.

Respectfully submitted,

Mary Seguin

Pro Se

/s/        *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: October 3, 2024

# EXHIBIT I.

 

 <u>Learn</u> about the impact of Hurricane Helene on FedEx services.

FedEx® Tracking ⋮


SHOPRUNNER by FedEx.
Shake up your holiday shopping. Get gifts and exclusive benefits at your favorite stores.   SHOP NOW

**DELIVERED**

# Wednesday

10/2/24 at 8:48 AM

Signed for by: R.29

 Obtain proof of delivery

How was your delivery?

☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✔

Report missing package

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
280101370040 ✏ ☆

**FROM**
Houston, TX US

*Label Created*
9/30/24 6:31 PM

**WE HAVE YOUR PACKAGE**
HOUSTON, TX
10/1/24 6:01 PM

**ON THE WAY**
WARWICK, RI
10/2/24 7:21 AM



**FedEx**  ☰

**DELIVERED**
CRANSTON, RI US

*Delivered*
10/2/24 at 8:48 AM

---

## Shipment facts ⌃

 Shipment overview

**TRACKING NUMBER**   280101370040

**DELIVERED TO**   Receptionist/Front Desk

**SHIP DATE** ⊙   10/1/24

**STANDARD TRANSIT** ⊙   10/2/24 before 10:30 AM

**DELIVERED**   10/2/24 at 8:48 AM

 Services

**SERVICE**   FedEx Priority Overnight

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday

 Package details

**WEIGHT**   3 lbs / 1.36 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   3 lbs / 1.36 kgs

**PACKAGING**   FedEx Pak

↑ Back to to

---

## Travel history ⌃

SORT BY DATE/TIME

 

**Time zone**

Local Scan Time ⌄

Monday, 9/30/24

- 6:31 PM
  **Shipment information sent to FedEx**

- 5:32 PM
  **Shipment arriving On-Time**
  HOUSTON, TX

- 6:31 PM
  **At FedEx origin facility**
  HOUSTON, TX

- 6:31 PM
  **In FedEx possession**
  Package received after final location pickup has occurred. Scheduled for pickup next business day.
  HOUSTON, TX

- 6:31 PM
  **Picked up**
  At FedEx Office
  HOUSTON, TX

Tuesday, 10/1/24

- 6:01 PM
  **Picked up**
  HOUSTON, TX

- 8:40 PM
  **Left FedEx origin facility**
  HOUSTON, TX

- 11:52 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN



- 5:15 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 6:37 AM
  **At destination sort facility**
  WARWICK, RI

- 7:21 AM
  **At local FedEx facility**
  WARWICK, RI

- 8:20 AM
  **On FedEx vehicle for delivery**
  WARWICK, RI

⊘ 8:48 AM
  **Delivered**
  CRANSTON, RI

↑ Back to to

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2024



ORIGIN ID:HOUA (281) 744-2016
MARY SEGUIN

4001 LOUISIANA AVE

HOUSTON, TX 77002
UNITED STATES US

TO RHODE ISLAND SHERIFF CIVIL
DEVISION
670 NEW LONDON AVE

CRANSTON RI 02920
(401) 275-2900



TRK#
0201  2801 0137 0040

WED —
PRIOR

XE PVDA

Reusa

Align

# EXHIBIT II.

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.c*

Providence, RI 02903

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)             $ $0.00
☐ Return Receipt (electronic)            $ $0.00
☐ Certified Mail Restricted Delivery     $ $0.00
☐ Adult Signature Required               $ $0.00
☐ Adult Signature Restricted Delivery    $

| Postage | $15.60 |
|---|---|
| $ | |

| Total Postage and Fees | |
|---|---|
| $ | $23.50 |

Postmark
Here

DEC 22 2023

12/22/2

Sent To **RHODE ISLAND JUDICIA**

Street and Apt. No., or PO Box No. **LICHT JUDICIAL COMPLEX 250 BENE**

City, State, ZIP+4® **PROVIDENCE, RI 02**

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for I

9589 0710 5270 1013 5338 41

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND JUDICIARY
LICHT JUDICIAL COMPLEX
250 BENEFIT ST.
PROVIDENCE, RI 02903

9590 9402 8625 3244 0269 18

2. Article Number (Transfer from

9589 0710 5270 1013 5338 41

**COMPLETE THIS SECTION O**

A. Signature

X

B. Received by (Printed Name

D. Is delivery address different f
   If YES, enter delivery addres

DEC 26 2

PROVIDENCE, RI

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ n Delivery Restricted Delive
- ☐ Mail
- ☐ Insured Mail Restricted Delivery
      (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

Providence, RI 02903

OFFICIAL US

| Certified Mail Fee | $4.35 |
| $ | $3.55 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required     $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Her

| Postage | $15.60 |
| $ | |

01/17/2

| Total Postage and Fees | |
| $ | $23.50 |

Sent To RHODE ISLAND OFFICE OF ATTORN

Street and Apt. No., or PO Box No. 150 ~~BENEFIT~~ S. MAIN

City, State, ZIP+4® PROVIDENCE , RI 029

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse f

79  3514  1126  5270  0710  9589

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.*

Providence, RI 02903

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $

| | |
|---|---|
| Postage | $15.60 |
| $ | |
| Total Postage and Fees | |
| $23.50 | |

Sent To    RHODE ISLAND OFFICE OF A

Street and Apt. No., or PO Box No.    150 SOUTH MAIN ST.

City, State, ZIP+4®    PROVIDENCE, RI

9589 0710 5270 1013 5376 89

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.c

OFFICIAL

| Certified Mail Fee |
| --- |
| $ |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage
$

Total Postage and Fees
$

Sent To  RI OFFICE OF ATTORNEY

Street and Apt. No., or PO Box No.  150 SOUTH MAIN ST

City, State, ZIP+4®  PROVIDENCE, RI 02

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse fo

FEB 21 20__  Postmark Here  HOUSTO

9589 0710 5270 1013 0831 17

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.

Providence, RI 02903

| Certified Mail Fee | $4.40 |
| --- | --- |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$ $16.40

Total Postage and Fees
$ $23.17

Postmark
Here

02/23/2

Sent To  RI OFFICE OF ATTORNEY GENE

Street and Apt. No., or PO Box No.  150 SOUTH MAIN ST.

City, State, ZIP+4®  PROVIDENCE, RI 0290

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.**

Providence, RI 02903

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $7.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| Postage | $15.60 |
|---|---|
| $ | |
| Total Postage and Fees | |
| $ | $23.50 |

DEC 2  Postmark Here

12/22/

Sent To  R.I. OFFICE OF CHILD SUPPORT

Street and Apt. No., or PO Box No.  77 DORRANCE ST.

City, State, ZIP+4®  PROVIDENCE, RI 02

9589 0710 5270 1013 5338 72

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse fo

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

Cranston, RI 02920

OFFICIAL U.S

| Certified Mail Fee | $4.35 |
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)    $   $0.00
- ☐ Return Receipt (electronic)    $   $0.00
- ☐ Certified Mail Restricted Delivery    $   $0.00
- ☐ Adult Signature Required    $   $0.00
- ☐ Adult Signature Restricted Delivery   $

Postmark
Her

DEC 22

12/22/2

Postage   $15.60

$

Total Postage and Fees
$23.50
$

Sent To   RI DEPARTMENT OF HUMA

Street and Apt. No., or PO Box No.   25 HOWARD AVE. BUILDING

City, State, ZIP+4®   CRANSTON, RI 02920

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse fo

9589 0710 5270 1013 5338 59

# Product Tracking & Reporting

Home     Search     Reports     Manual Entry     Batch Commitments     PTR Help     Customer Information     Reference Info

## USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 3338 65

This item was delivered on 12/26/2023 at 11:08:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search   ▾    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version 24.1.1.P11-07-ef8cec34


**UNITED STATES**
**POSTAL SERVICE ●**

# Request for Delivery Information/
# Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

## Instructions for Use

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:
   - A. ___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:
     - ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.
     - ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location. If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.
   - B. ___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:
- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Accepting Office City/State/ZIP Code™:

Postmark

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

- ☑ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8638 3244 5327 03

Mailing Date (mm/dd/yy)
12/22/2023

**B. ARTICLE ADDRESSED TO**

Addressee Name
R.I. Department of Human Services

Addressee Address
25 HOWARD AVE., BLDG 57

(No., street, apt./ste. no.)
CRANSTON, RI 02920

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address
(No., street apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

---

**SECTION 3**

For Accepting or Delivery Office Use Only
Postal Service™ records show no delivery information because:
- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

---

PS Form 3811-A, April 2015 PSN 7530-02-000-9054



*Set up customer service*

*Case # 6062144*

**UNITED STATES POSTAL SERVICE**®

**Request for Delivery Information/ Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options.

   A. __ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. __ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | | |
|---|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:<br><br>• Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.<br><br>• Submits this request within 90 days from the date on the mailing receipt. | Postmark |
| | Accepting Office City/State/ZIP Code™: | |

**Acceptance/Delivery Office/Manual Inquiries:** Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

**Electronic Inquiries:** Generate request from intranet and discard the entire form if record is found.

| | | |
|---|---|---|
| **SECTION 2** | **A. TYPE OF SERVICE**<br>☑ Certified Mail™<br>☐ Collect on Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™ | **C. ARTICLE INFORMATION**<br>USPS Tracking Number<br>9590 9402 8638 3244 5313 24<br>Mailing Date (mm/dd/yy)<br>01/04/2024 |
| | **B. ARTICLE ADDRESSED TO**<br>Addressee Name<br>Rhode Island Office of Attorney General<br>Addressee Address<br>150 SOUTHMAIN ST.<br>(No., street, apt./ste. no.)<br>PROVIDENCE, RI 02903<br>(City, state, ZIP Code) | **D. CUSTOMER**<br>Customer Name<br>Mary Seguin<br>Customer Address<br><br>(No., street, apt./ste. no.)<br>Houston, TX 77019<br>(City, state, ZIP Code)<br>E-mail address (Complete ONLY if an electronic inquiry)<br>maryseguin22022@gmail.com |
| **SECTION 3** | For Accepting or Delivery Office Use Only<br>Postal Service™ records show no delivery information because:<br><br>☐ Record not found<br><br>☐ Forwarded (date) _____<br><br>☐ Returned (date) _____ | Delivered to the following individual, company or organization:<br><br>Delivery Address (if different from address in section 2B)<br><br>Delivery Date | Delivery Office Postmark |

PS Form 3811-A, April 2015 PSN 7530-02-000-9054

2/13 1:03 PM

USPS Tracking Intranet

Hola

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Home    Search    Reports    Manual Entry    Bifocal Compliances    DTR / EDW    Customer Information

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5376 89

This item was delivered on 01/08/2024 at 11:26:00

< Return to Tracking Number View

| Signature | |
|---|---|
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES POSTAL SERVICE.**

**Request for Delivery Information/Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location. If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 819 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

---

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Accepting Office City/State/ZIP Code™:

Postmark

*Coming 2/1/24*

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8655 3244 4642 92

Mailing Date (mm/dd/yy)
01/17/2024

**B. ARTICLE ADDRESSED TO**

Addressee Name
Rhode Island Office of Attorney General

Addressee Address
150 SOUTH MAIN ST.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)

E-mail Address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

---

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____)

☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

---

PS Form 3811-A, April 2015 PSN 7530-02-000-9054

USPS Tracking Intranet

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

Home        Search        Reports        Manual Entry        Rates/        PTR / EBV        Customer
                                                          Commitments                      Information

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1126 3514 79

This item was delivered on 01/24/2024 at 12:03:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:        Quick Search    ▾        Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-cf8cce34

 **UNITED STATES POSTAL SERVICE**

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

**Accepting Office**

1. *Internal Use Only:* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A.___ If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B.___ If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office – Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

| | |
|---|---|
| **SECTION 1** | Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements: <br><br> ■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing. <br> ■ Submits this request within 90 days from the date on the mailing receipt. <br><br> Accepting Office City/State/ZIP Code™: | Postmark |

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

| | | |
|---|---|---|
| **A. TYPE OF SERVICE** | **C. ARTICLE INFORMATION** | |
| ☑ Certified Mail™ <br> ☐ Collect on Delivery | ☐ Priority Mail Express® <br> ☐ Registered Mail™ | USPS Tracking Number <br> 9590 9402 8638 3244 5327 10 <br> Mailing Date (mm/dd/yy) <br> 12/22/2023 |

| | | |
|---|---|---|
| **SECTION 2** | **B. ARTICLE ADDRESSED TO** <br> Addressee Name <br> R.I. Office of Child Support Services <br> Addressee Address <br> 77 Dorrance St. <br> (No., street, apt./ste. no.) <br> PROVIDENCE, RI 02903 <br> (City, state, ZIP Code) | **D. CUSTOMER** <br> Customer Name <br> Mary Seguin <br> Customer Address <br> (No., street, apt./ste. no.) <br> Houston, TX 77019 <br> (City, state, ZIP Code) <br> E-mail address (Comply to ONLY if an electronic inquiry) <br> maryseguin22022@gmail.com |

| | | | |
|---|---|---|---|
| **SECTION 3** | For Accepting or Delivery Office Use Only <br> Postal Service™ records show no delivery information because: <br> ☐ Record not found <br> ☐ Forwarded (date) _____ <br> ☐ Returned (date) _____ | Delivered to the following individual, company or organization <br><br> Delivery Address (if different from address in section 2D) <br><br> Delivery Date | Delivery Office Postmark |

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054



USPS Tracking Intranet

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

Help

Home    Search    Reports    Manual Entry    Batch    RTR / LDW    Customer    
                                             Commitments                  Information

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 72

This item was delivered on 12/26/2023 at 12:20:00

< Return to Tracking Number View



# 77 DORRANCE ST,
# PROVIDENCE, RI 02903

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ∨    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34

# EXHIBIT III.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.c*

Providence, RI 02903

| Certified Mail Fee | $4.35 | |
|---|---|---|
| $ | | $3.55 |

**Extra Services & Fees** *(check box, add fee as appropriate)*

| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |

| Postage | $15.60 |
| $ | |

| Total Postage and Fees | |
| $ | $23.50 |

Sent To   GERO MEYERSIEK

Street and Apt. No., or PO Box No.   86 ELTON ST.

City, State, ZIP+4®   PROVIDENCE, RI 02

OFFICIAL U S

DEC

Postm
Here

12/22/2

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse fo

9589 0710 5270 1013 5337 42

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.**

Providence, RI 02903

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)        $ $0.00
- ☐ Return Receipt (electronic)       $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required          $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ $15.60

Total Postage and Fees
$ $23.50

01/17/2

Sent To GERD MEYERSIEK BURNS

Street and Apt. No., or PO Box No. ONE CITIZENS PLAZA, STE 1

City, State, ZIP+4® PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse fo

9589 0710 5270 1121 3514 42

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.

Providence, RI 02903

OFFICIAL US

| Certified Mail Fee | | |
|---|---|---|
| $ $4.40 | | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $2.32
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $16.40

Total Postage and Fees
$ $23.12

Postm
Here

02/21/2

Sent To  GERO MEYERSIEK, J.

Street and Apt. No., or PO Box No.  ONE CITIZENS PLAZA, STE

City, State, ZIP+4®  PROVIDENCE, RI

PS Form 3800 January 2023 PSN 7530-02-000-9047   See Reverse fo

9589 0710 5270 1013 0831 48

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.*

Providence, RI 02903

| Certified Mail Fee | |
|---|---|
| $ | $4.40 |

Extra Services & Fees *(check box, add fee as appropriate)*

| | | |
|---|---|---|
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $2.32 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 |

| Postage | |
|---|---|
| $ | $16.40 |

| Total Postage and Fees | |
|---|---|
| $ | $23.12 |

Postmark
Here

02/23/2024

Sent To
GERO MEYERSIEK, J. ACHILLES, BURNS

Street and Apt. No., or PO Box No.
ONE CITIZENS PLAZA, STE 1100

City, State, ZIP+4®
PROVIDENCE, RI 02903

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.c*

Providence, RI 02908

| Certified Mail Fee | $4.35 |
|---|---|
| $ | $3.55 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

| Postage | $15.60 |
|---|---|
| $ | |

| Total Postage and Fees | |
|---|---|
| $ | $23.50 |

01/04/20

Sent To  *BARBARA GRADY*

Street and Apt. No., or PO Box No.  *975 SMITH ST*

City, State, ZIP+4®  *PROVIDENCE, RI 02*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse fo

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.*

Providence, RI 02903

OFFICIAL U.S

| | | |
|---|---|---|
| Certified Mail Fee | $4.40 | |
| $ | | $3.65 |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ 

Postage          $16.40
$

Total Postage and Fees
$24.45

Postmark
Here

FEB 21 2024

02/21/2

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  975 SMITH ST.

City, State, ZIP+4®  PROVIDENCE, RI 0

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse fo

7580 1013 5270 0710 9589 24

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

**For delivery information, visit our website at www.usps.**

Saunderstown, RI 02874

| Certified Mail Fee | |
|---|---|
| $ | $4.40 |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ $2.37
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | |
|---|---|
| $ | $16.40 |

| Total Postage and Fees | |
|---|---|
| $23.17 | |

Sent To  BARBARA GRADY

Street and Apt. No., or PO Box No.  19 RIPTIDE DR.

City, State, ZIP+4®  SAUNDERSTOWN, RI 02

2024

02/26/2

PS Form 3800 January 2023 PSN 7530-02-000-9047   See Reverse fo

9589 0710 5270 1197 5746 47

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Providence RI 02908

| | |
|---|---|
| Certified Mail Fee | 0026 |
| $    $4.40 | 10 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)             $ $2.32
☐ Return Receipt (electronic)           $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required              $ $0.00
☐ Adult Signature Restricted Delivery   $ $0.00

Postmark
Here

Postage
$    $16.40

Total Postage and Fees
$23.12                                  02/23/2024

Sent To  **BARBARA GRADY**

Street and Apt. No., or PO Box No.  **975 SMITH ST**

City, State, ZIP+4®  **PROVIDENCE, RI 02908**

9589 0710 5270 1197 5746 30

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.*

Warwick, RI 02888

| Certified Mail Fee | | |
|---|---|---|
| $ | $4.40 | |

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy) — $ $2.32
☐ Return Receipt (electronic) — $ $0.00
☐ Certified Mail Restricted Delivery — $ $0.00
☐ Adult Signature Required — $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | |
|---|---|
| $ | $16.40 |

**Total Postage and Fees**

$23.12

Sent To BARBARA GRADY

Street and Apt. No., or PO Box No.
303 JEFFERSON BLV

City, State, ZIP+4®
WARWICK, RI 0288

02/26/2

5747 09    1197    5270    0710    9589



**UNITED STATES POSTAL SERVICE.**

UNIVERSITY
1319 RICHMOND AVE
HOUSTON, TX 77006-9998
(800)275-8777

02/23/2024                              11:33 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1                              $16.40
   Providence, RI 02908
   Weight: 1 lb 3.90 oz
   Expected Delivery Date
      Mon 02/26/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      Tracking #:
         9589 0710 5270 1197 5746 30
      e-Return Receipt                            $2.32
   Total                                          $23.12

Priority Mail®    1                              $16.40
   Providence, RI 02903
   Weight: 1 lb 1.50 oz
   Expected Delivery Date
      Mon 02/26/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      Tracking #:
         9589 0710 5270 1013 0830 94
      e-Return Receipt                            $2.32
   Total                                          $23.12

Priority Mail®    1                              $16.40
   Providence, RI 02903
   Weight: 1 lb 3.90 oz
   Expected Delivery Date
      Mon 02/26/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      Tracking #:
         9589 0710 5270 1013 0831 00
      e-Return Receipt                            $2.32
   Total                                          $23.12

Grand Total:                                     $69.36

---

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

USPS Copy

**UNITED STATES POSTAL SERVICE.**

RIVER OAKS
1900 W GRAY ST
HOUSTON, TX 77019-9998
(800)275-8777

02/21/2024                              04:03 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

Priority Mail®    1                              $16.40
   Providence, RI 02908
   Weight: 1 lb 0.90 oz
   Expected Delivery Date
      Fri 02/23/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      e-Return Receipt                            $2.32
   Total                                          $23.12

Priority Mail®    1                              $16.40
   Providence, RI 02903
   Weight: 1 lb 0.80 oz
   Expected Delivery Date
      Fri 02/23/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      Tracking #:
         9589 0710 5270 1013 0831 48
      e-Return Receipt                            $2.32
   Total                                          $23.12

Priority Mail®    1                              $16.40
   Providence, RI 02903
   Weight: 1 lb 1.20 oz
   Expected Delivery Date
      Fri 02/23/2024
   Insurance                                      $0.00
      Up to $100.00 included
   Certified Mail®                                $4.40
      e-Return Receipt                            $2.32
   Total                                          $23.12

Grand Total:                                     $69.36

---



02/26/2024

Product

Priority Mail®
   Warwick, RI
   Weight: 1 lb
   Expected De
      Wed 02/2
   Insurance
      Up to $
   Certified M
      Trackin
         9589
      e-Return Re
   Total

Priority Mail®
   Saunderstown
   Weight: 1 lb
   Expected De
      Wed 02/2
   Insurance
      Up to $
   Certified M
      Trackin
         9589
      e-Return Re
   Total

Grand Total:

From: auto-reply@usps.com
Subject: USPS Return Receipt (Electronic) Info for
9589071052701197574760
Date: Mar 1, 2024 at 4:10:14 PM
To: maryseguin22022@gmail.com



Tracking #: 9589071052701197574760

Hello Mary Seguin,

**Thank you for using USPS.com® to request a Return Receipt (Electronic) letter for your shipment.**

Tracking #: 9589071052701197574760

Service Type: Priority Mail®

Attachment: Return Receipt (Electronic) letter (PDF) provided by the U.S. Postal Service®.

Your Return Receipt (Electronic) letter is in the attached PDF. You will need Adobe Acrobat Reader installed on your device to open the PDF. Download Adobe Acrobat Reader for free.

If you need help or have questions about USPS Tracking® services and features, visit USPS Tracking FAQs.

**Want to Track on the Go?**

Track packages with USPS Text Tracking® service. Simply text your tracking number to 28777 (2USPS) or select the Text Update option on the USPS Tracking site. Standard Message and Data Rates may apply. For more information, visit USPS Text Tracking.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 1, 2024, 10:36 am |
| **Location:** | WARWICK, RI 02888 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.00z |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 303 JEFFERSON BLVD |
| **City, State ZIP Code:** | WARWICK, RI 02888-3845 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *303 Jefferson Blvd*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Bland
Commitments    PTR Client    Customer
Information    See on Line

### USPS Tracking Intranet

### Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 65

This item was delivered on 12/26/2023 at 11:08:00

» Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search  ▾     [ Submit ]

Product Tracking & Reporting. All Rights Reserved
Version: 24.1.1.P11-07-efBoec34

 **UNITED STATES POSTAL SERVICE.**

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

**Accepting Office**

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old -- the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

      ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

      ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location. If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8638 3244 5327 03

Mailing Date (mm/dd/yy)
12/22/2023

**B. ARTICLE ADDRESSED TO**

Addressee Name
R.I. Department of Human Services

Addressee Address
25 HOWARD AVE., BLDG 57

*(No., street, apt./ste. no.)*
CRANSTON, RI 02920

*(City, state, ZIP Code)*

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

*(No., street, apt./ste. no.)*
Houston, TX 77019

*(City, state, ZIP Code)*

E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found
☐ Forwarded (date _____ )
☐ Returned (date _____ )

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

PS Form 3811-A, April 2015 PSN 7530-02-000-9054

*Set up customer service*
*Case # 6062144*


**UNITED STATES**
**POSTAL SERVICE** ®

**Request for Delivery Information/**
**Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

**Instructions for Use**
**Accepting Office**
1. *Internal Use Only:* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:
   A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:
      ☐ If your office has Intranet access, use the Intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.
      ☐ If your office does not have Intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.
      If the electronic record is available, the office (either the accepting office with Intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.
   B. If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**
1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:
- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

**SECTION 2**

**A. TYPE OF SERVICE**
☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**
USPS Tracking Number
9590 9402 8638 3244 5313 24
Mailing Date (mm/dd/yy)
01/04/2024

**B. ARTICLE ADDRESSED TO**
Addressee Name
Rhode Island Office of Attorney General
Delivery Address
150 SOUTHMAIN ST.
(No., street, apt./ste. no.)
PROVIDENCE, RI  02903
(City, state, ZIP Code)

**D. CUSTOMER**
Customer Name
Mary Seguin
Customer Address

(No., street, apt./ste. no.)
Houston, TX  77019
(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

For Accepting or Delivery Office Use Only
Postal Service™ records show no delivery information because:
☐ Record not found
☐ Forwarded (date _____)
☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2D)

Delivery Date

Delivery Office Postmark

USPS Tracking Intranet

2/12 1:03 PM

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

Help

Home   Search   Reports   Manual Entry   Retail
Commitments   PTR STOP   Customer
Information

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5376 89

This item was delivered on 01/08/2024 at 11:26:00

< Return to Tracking Number View

| | |
|---|---|
| Signature | |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type:   Quick Search ∨   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34



**UNITED STATES**
**POSTAL SERVICE ●**

**Request for Delivery Information/**
**Return Receipt**

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or insurance for more than $500.

**Instructions for Use**

**Accepting Office**

1. Internal Use Only. Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old -- the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

      ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, Item D., manually complete Section 3 and mail to the customer.

      ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location. If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. If the item was mailed to an office using manual record management (refer to Postal Operations Manual, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

**Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)**

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Accepting Office City/State/ZIP Code™:

Postmark

*Coming*
*2/11/24*

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8655 3244 4642 92

Mailing Date (mm/dd/yy)
01/17/2024

**B. ARTICLE ADDRESSED TO**

Addressee Name
Rhode Island Office of Attorney General

Addressee Address
150 SOUTH MAIN ST.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)
E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____)

☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (If different from address in section 2B)

Delivery Date

Delivery Office Postmark

PS Form **3811-A**, April 2015 PSN 7530-02-000-9054

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

Home    Search    Reports    Manual Entry    Retail
Commitments    PTR / EOW    Customer
Information

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1126 3514 79

This item was delivered on 01/24/2024 at 12:03:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:    Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8ecc34

 **UNITED STATES POSTAL SERVICE**

# Request for Delivery Information/ Return Receipt

**Note:** This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Internal Use Only.* Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   **A.** If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.

   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   **B.** If the item was mailed to an office using manual record management (refer to *Postal Operations Manual,* Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.
2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.
3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

---

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

- Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.
- Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code™:

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

- ☑ Certified Mail™
- ☐ Collect on Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8638 3244 5327 10

Mailing Date (mm/dd/yy)
12/22/2023

**B. ARTICLE ADDRESSED TO**

Addressee Name
R.I. Office of Child Support Services

Addressee Address
77 Dorrance St.

(No., street, apt./ste. no.)
PROVIDENCE, RI 02903

(City, state, ZIP Code)

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address
(No., street, apt./ste. no.)
Houston, TX 77019

(City, state, ZIP Code)

E-mail address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

---

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

- ☐ Record not found
- ☐ Forwarded (date _____)
- ☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2D)

Delivery Date

Delivery Office Postmark

---

PS Form 3811-A, April 2015 PSN 7530-02-000-9054



# Product Tracking & Reporting

📮 UNITED STATES
POSTAL SERVICE®

Home    Search    Reports    Manual Entry    Rated Commitments    PTR / EDW    Customer Information

## USPS Tracking Intranet
## Delivery Signature and Address

Tracking Number: 9589 0710 5270 1013 5338 72

This item was delivered on 12/20/2023 at 12:20:00

» Return to Tracking Number View



Signature

### 77 DORRANCE ST, PROVIDENCE, RI 02903

Address

Enter up to 35 items separated by commas.

Select Search Type:    Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.1.1.P11-07-ef8eec34

 **UNITED STATES POSTAL SERVICE**

*set up customer service*
*case # 6066*
*1772*

**Request for Delivery Information/**
**Return Receipt**

Note: This PS Form 3811-A serves to provide delivery information for a hardcopy return receipt (PS Form 3811) that was not received by the customer. It is not for use with items sent with Signature Confirmation™ Restricted Delivery, Adult Signature, or Insurance for more than $500.

## Instructions for Use

### Accepting Office

1. *Informal Use Only*. Help the customer complete Section 2 of this form and carefully compare it to the customer's receipt. Ensure that the date on the customer's receipt is not more than 90 days old — the Postal Service can process this request only if the customer submits it within 90 days from the date on the mailing receipt. If the customer meets these requirements, complete the shaded portions in Section 1.

2. Select ONE of the following two options:

   A. If the item was mailed to an office using a product tracking system (all offices in the U.S., including Alaska, Puerto Rico, and the Virgin Islands), choose one of the following two options:

   ☐ If your office has intranet access, use the intranet to generate the request via e-mail. If e-mail is not provided in Section 2, item D., manually complete Section 3 and mail to the customer.

   ☐ If your office does not have intranet access, send this entire form, with Sections 1 and 2 completed, to a designated inquiry location.
   
   If the electronic record is available, the office (either the accepting office with intranet access, or the designated inquiry location) requests the record electronically and discards this form. If the electronic record is not found, the office manually completes Section 3 and mails the bottom portion of this form to the customer.

   B. If the item was mailed to an office using manual record management (refer to *Postal Operations Manual*, Section 619 for full listing), send this entire form, with Sections 1 and 2 completed, to the delivery office.

### Delivery Office - Use Only for Manually Filed Delivery Record Inquiries (2B checked above)

1. If the form is not postmarked to show that the fee was paid at the time of the mailing, return this form to the accepting office.

2. Complete the items in Section 3 below. Enter the delivery information or indicate the reason for no information.

3. After completion, detach and insert the bottom portion of this document in an envelope addressed to the customer and deposit it in the mailstream. Discard the remaining portion.

---

**SECTION 1**

Accepting Office: Add a postmark to this PS Form 3811-A if the customer meets the following requirements:

■ Provides a receipt showing that the Return Receipt fee was paid at the time of mailing.

■ Submits this request within 90 days from the date on the mailing receipt.

Postmark

Accepting Office City/State/ZIP Code**:

---

Acceptance/Delivery Office/Manual Inquiries: Detach at dotted line and return bottom portion to customer when the inquiry is resolved. Discard remainder of form.

Electronic Inquiries: Generate request from intranet and discard the entire form if record is found.

---

**SECTION 2**

**A. TYPE OF SERVICE**

☑ Certified Mail™
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™

**C. ARTICLE INFORMATION**

USPS Tracking Number
9590 9402 8655 3244 4643 15

Mailing Date (mm/dd/yy)
01/17/2024

**B. ARTICLE ADDRESSED TO**

Addressee Name
GERO MEYERSIEK     J. ACHILLES

Addressee Address
BURNS LEVINSON

(No., street, apt./ste. no.)
ONE CITIZENS PLAZA STE 1100

(City, state, ZIP Code)
PROVIDENCE, RI 02903

**D. CUSTOMER**

Customer Name
Mary Seguin

Customer Address

(No., street, apt./ste. no.)
Houston, TX  77019

(City, state, ZIP Code)

E-mail Address (Complete ONLY if an electronic inquiry)
maryseguin22022@gmail.com

---

**SECTION 3**

For Accepting or Delivery Office Use Only

Postal Service™ records show no delivery information because:

☐ Record not found

☐ Forwarded (date _____)

☐ Returned (date _____)

Delivered to the following individual, company or organization

Delivery Address (if different from address in section 2B)

Delivery Date

Delivery Office Postmark

---

PS Form 3811-A, April 2015 PSN 7690-02-000-9054

# USPS Tracking®

FAQs >

✕

Your item was delivered to the front desk, reception area, or mail room at 12:49 pm on January 24, 2024 in PROVIDENCE, RI 02903.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

PROVIDENCE, RI 02903
January 24, 2024, 12:49 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

